UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00541-JMS-DLP |
| | ) | |
| J.T. WATSON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**SUMMONS IN A CIVIL CASE**

TO:   United States Attorney General            J.T. Watson
      Department of Justice                     Complex Warden
      10th and Constitution Ave., NW            USP Terre Haute
      Washington, DC  20530                     4700 Bureau Rd. South
                                                Terre Haute, IN 47808

      Office of the United States Attorney      Captain Taylor
      Southern District of Indiana              USP Terre Haute
      10 W. Market St.                          4700 Bureau Rd. South
      Suite 2100                                Terre Haute, IN 47808
      Indianapolis, IN  46204-3048

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon WESLEY I. PURKEY, 14679-045, TERRE HAUTE - USP, Inmate Mail/Parcels, P.O. BOX 33, TERRE HAUTE, IN 47808, an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_CLERK OF COURT, Laura A. Briggs_

BY: _____
          _Deputy Clerk_

____11/19/2019_____
          Date