UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                          )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )        No. 2:19-cv-00355-JMS-DLP
                                           )
UNDERWOOD, et al.                          )
                                           )
                    Defendants.            )

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                          )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )        No. 2:19-cv-00541-JMS-DLP
                                           )
J.T. WATSON, et al.                        )
                                           )
                    Defendants.            )

**ORDER CONSOLIDATING ACTIONS**

        Wesley Purkey, a death-row inmate, is the plaintiff in the above-captioned actions. One case concerns Mr. Purkey's allegations that the defendants have denied him dental care, leaving him with swollen and bleeding gums, pain, and infections due to his serious dental conditions. The other concerns Mr. Purkey's allegations that an officer comes to his cell every fifteen minutes to check on him, including by shining a flashlight on him while he is asleep. This, Mr. Purkey says,

causes him to experience anxiety, fatigue, chest pains, severe headaches, disorientation, and an elevated heart rate.

In short, both these cases center on allegations that Mr. Purkey's custodians are confining him under conditions demonstrating deliberate indifference to his safety and serious medical needs in violation of the Eighth Amendment. The pleadings in both actions indicate that these conditions are ongoing.

The Court finds that these actions involve common questions of law and fact and that consolidating them will promote the efficient resolution of both cases. Therefore, cases 2:19-cv-00355-JMS-DLP and 2:19-cv-00541-JMS-DLP are **consolidated** pursuant to Federal Rule of Civil Procedure 42(a)(2). These actions are consolidated for all matters absent further order from the Court.

To the extent any motion or other filing relates to only one of the cases, it shall be filed only in the individual case. All other filings shall be made only in 2:19-cv-00355-JMS-DLP. The Court will issue orders related to both actions only in 2:19-cv-00355-JMS-DLP.

**IT IS SO ORDERED.**

Date: 11/19/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

WESLEY I. PURKEY
14679-045
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Gina M. Shields
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
Gina.Shields@usdoj.gov