Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807
United States

November 18th, 2019

RE: Purkey v. Barr, #2:19-cv-00541-JMS-DLP

Dear Ms. Briggs,

Please find enclosed my Motion for a P.I. Barring the Execution . . ., wherezs I have enclosed the original, plus two additional copies for filing with the court.

Tnak you for your attention to this matter and if additional information and/or documentation is required for filing and processing please advise.

Sincerely,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Plaintiff / pro se

cc: file