

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

RECEIVED
NOV 21 2019
U.S. CLERK'S OFFICE

INMATE
IDENTIFICATION
CONFIRMED

⬍14679-045⬍
Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807
United States