UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

WESLEY I. PURKEY,
                    Plaintiff,

    V.

J.T. Watson, et al.
                    Defendants.

2019 DEC -5  PM 3: 36

Case No. 2:19-cv-00541-JMS-DLP

---

### PLAINTIFF'S MOTION IN RESPONSE TO COURT'S ORDER
### RENEWING HIS MOTION TO PROCEED IFP ATTACHING  TRANSACTION HISTORY INFORMATION

    The Plaintiff Wesley I. Purkey, hereafter "Purkey" acting pro see does give response and supply the mandated 'Copy of his Institutional Transaction Statement', as ordered by the Court through its order dated November 19th, 2019, Dkt. (6) and received by Purkey through regular institutional mail on November 26th, 2019. A Copy of that transaction history statement which was initially attached to the original Motion filed by Purkey to proceed In Forma Pauperis, attached hereto as Appx. (A) but Purkey inadvertently omitted mailing with such Motion Requesting to proceed IFP. Purkey has been diagnosed with dementia and at times has severe cognitive challenges and thereby inadvertently forgot to attach and afford the Court with the enclosed transaction history associated with his average six month accounting balance documentation that he did afford the Court with.

Dated: December 1st., 2019

RESPECTFULLY SUBMITTED,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Plaintiff / pro se