Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807

FILED
DISTRICT COURT

2019 DEC -5  PM 3: 36

December 1st., 2019

RE: Purkey v. Watson, et al., 2:19-cv-00541-JMS-DLP

Dear Ms. Briggs,

     Please find enclosed my Motion In Response To The Court's Order . . . Dkt.(6), whereas I have enclosed the original plus an additional copy for filing with the Court. If additional information and/or documentation is necessaru for filing and processing such Motion please advise. Thank you for your attention to such.

Sincerely,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Plaintiff / pro se

cc: file

Appx (A)

# Deposits



| | |
|---|---|
| Inmate Reg #: | 14679045 |
| Inmate Name: | PURKEY, WESLEY |
| Report Date: | 10/23/2019 |
| Report Time: | 10:35:50 AM |

| | |
|---|---|
| Current Institution: | Terre Haute - FCC |
| Housing Unit: | THP-X-A |
| Living Quarters: | X01-313L |

| Date/Time | Transaction Type | Amount | Ref# | Sender Last Name | Sender Zip |
|---|---|---|---|---|---|
| 10/21/2019 5:10:09 AM | Lockbox - CD | $100.00 | 70194603 | A | 97035 |
| 10/13/2019 5:14:36 AM | Lockbox - CD | $50.00 | 70194202 | ADVANCING REAL | 21201 |
| 10/8/2019 5:17:53 AM | Lockbox - CD | $25.00 | 70193801 | MALL | |
| 10/1/2019 5:13:51 AM | Lockbox - CD | $120.00 | 70193301 | | 21201 |
| 8/27/2019 5:13:21 AM | Lockbox - CD | $100.00 | 70190901 | | 21201 |
| 8/14/2019 5:14:18 AM | Lockbox - CD | $25.00 | 70190001 | | |
| 7/29/2019 5:13:59 AM | Lockbox - CD | $120.00 | 70188803 | ADVANCING REAL | 21201 |
| 7/27/2019 5:13:10 AM | Lockbox - CD | $150.00 | 70188801 | AMBUEHL | 97035 |
| 6/29/2019 5:15:52 AM | Lockbox - CD | $150.00 | 70186901 | | 21201 |
| 6/14/2019 5:15:31 AM | Lockbox - CD | $150.00 | 70185801 | AMBUEHL | 97035 |
| 6/2/2019 5:10:16 AM | Lockbox - CD | $120.00 | 70184902 | ADVANCING REAL | 21201 |
| 4/28/2019 5:13:36 AM | Lockbox - CD | $100.00 | 70182502 | ADVANCING REAL | 21201 |
| 4/5/2019 5:15:12 AM | Lockbox - CD | $120.00 | 70180901 | AMBUCH | 97035 |
| 4/2/2019 5:13:08 AM | Lockbox - CD | $120.00 | 70180601 | ADVANCING REAL | 21201 |
| 3/29/2019 11:05:07 AM | Western Union | $25.00 | 33319088 | KOUROS | 60606 |
| 3/1/2019 5:18:01 AM | Lockbox - CD | $100.00 | 70178401 | | 21201 |
| 3/1/2019 5:18:00 AM | Lockbox - CD | $100.00 | 70178401 | AMBUEHL | 97035 |
| 2/13/2019 5:13:08 AM | Lockbox - CD | $100.00 | 70177301 | | 21201 |
| 1/30/2019 5:12:28 AM | Lockbox - CD | $120.00 | 70176301 | | 21201 |