UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00541-JMS-DLP |
| | ) | |
| J.T. WATSON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY DENYING AS UNNECESSARY MOTION FOR
LEAVE TO PROCEED *IN FORMA PAUPERIS***

Wesley Purkey's motion for leave to proceed *in forma pauperis*, dkt. [16], is **denied as unnecessary**. This action has been consolidated with case 2:19-cv-00355-JMS-DLP and is procedurally closed on the docket.

**IT IS SO ORDERED.**

Date: 1/13/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

WESLEY I. PURKEY
14679-045
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808