UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:19-cv-00541-JMS-DLP |
| | ) | |
| J.T. WATSON, *Complex Warden*, | ) | |
| TAYLOR, *Captain*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Assistant

United States Attorney, Gina M. Shields, enters an appearance as counsel on behalf of

Defendants, Complex Warden Thomas J. Watson and Captain Timothy Taylor, in their

individual capacities.

                              Respectfully submitted,

                              JOSH J. MINKLER
                              United States Attorney

             By:     *s/ Gina M. Shields*
                     Gina M. Shields
                     Assistant United States Attorney
                     Attorney No. 30181-53
                     Office of the United States Attorney
                     Southern District of Indiana
                     10 West Market Street, Suite 2100
                     Indianapolis, IN 46204-3048
                     Gina.Shields@usdoj.gov
                     Telephone No.: (317) 226-6333
                     Fax No.: (317) 226-6125

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2020, a copy of the foregoing *Notice of Appearance* was filed electronically.   Service of this filing was made on the following ECF-registered counsel via electronic mail:[1]

> John R. Maley
> BARNES & THORNBURG, LLP
> jmaley@btlaw.com

> *s/ Gina M. Shields*
> Gina M. Shields
> Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204

---

[1] Given the current uncertainty of Mr. Purkey's representation status in this matter, as explained in Defendants' contemporaneously filed notice [Filing No. 20], and as to not run afoul of Indiana Rule of Professional Conduct 4.2, undersigned counsel has not served a copy of this filing on Mr. Purkey directly, but only on Mr. Maley, via email.