# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## PLRA FEE ORDER

July 12, 2010

|  |  |
|---|---|
| No.: 10-2656 | WESLEY I. PURKEY,<br>Plaintiff - Appellant<br><br>v.<br><br>HELEN J. MARBERRY, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:09-cv-00044-WTL-DML<br>Southern District of Indiana, Terre Haute Division<br>District Judge William T. Lawrence |

The pro se appellant has on three or more occasions had an action or appeal in a court of the United States dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief could be granted. Pursuant to 28 U.S.C. Section 1915(g) appellant may not proceed in forma pauperis. Accordingly,

**IT IS ORDERED** that the pro se appellant pay the required $455.00 fees to the clerk of the district court by no later than July 26, 2010 or this appeal will be dismissed pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that all other proceedings in this appeal are **SUSPENDED** pending payment of the fees. The appellant is reminded that the "unpaid docket fees incurred by litigants subject to Section 1915(g) lead straight to an order forbidding further litigation." See Sloan v. Lesza, 181 F.3d 857, 859 (7th Cir. 1999).

form name: **c7_PLRA_Fee_Order** (form ID: **157**)