Case 2:19-cv-00541-lMS-DWP Document 23-3 Filed 01/23/20 Page 1 of 2 PageID #:
Case 2:15-cv-00310-JMS-WGH Document 3 Filed 10/09/15 Page 1 of 2 PageID #: 95
111

EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| WESLEY I PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:15-cv-00310-JMS-WGH |
| | ) | |
| CHARLES A. DANIELS Warden, United | ) | |
| States Penitentiary, Terre Haute, Indiana (USP- | ) | |
| TH), | ) | |
| | ) | |
| Defendant. | ) | |

**Entry Dismissing Action Pursuant to 28 U.S.C. § 1915(g)**

Plaintiff Wesley I Purkey is currently confined at the United States Penitentiary-Terre Haute, Indiana. He brings this action *pro se.* Purkey alleges that he has been excluded from participation in the Bureau of Prisons' inmate email program or Trust Fund Limited Inmate Computer System (TRULINCS) program. He asserts that this exclusion violates his constitutional rights.

Purkey did not pay the Four Hundred Dollar Filing Fee along with his complaint. But this action cannot proceed without the prepayment of the filing fee. This bar has been imposed because the plaintiff is a prisoner and has, while a prisoner, filed at least three suits or appeals which have been dismissed as frivolous, malicious, or for failure to state a claim. He was obligated to inform the court of this fact and failed to do so. *See Ammons v. Gerlinger*, 547 F.3d 724, 725 (7th Cir. 2008). Specifically Purkey "has, on three or more prior occasions, brought an action or appeal that was dismissed on the grounds that it is frivolous or fails to state a claim upon which relief may be granted." *Purkey v. Marberry,* No. 10-2656 (7th Cir. January 15, 2010) (*citing Purkey v. Green*,

Case 2:15-cv-00310-JMS-WGH Document 3 Filed 10/09/15 Page 2 of 2 PageID #: 56

No. 5:99-cv-03356-JAR (D. Kan. June 23, 2000); *Purkey v. Simmons*, No. 5:00-]cv-03380-GTV (D. Kan. Aug. 1, 2001); *Purkey v. Simmons*, No. 01-3269 (10th Cir. Jan. 28, 2002). It can be added, here, that the narrow exception to the barrier created by § 1915(g)Bwhere a prisoner alleges that he "is under imminent danger of serious physical injury"Bdoes not apply to the claims or allegations in the complaint.

In conclusion, this action is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule, subject to reopening if Purkey pays the $400 filing fee within 21 days.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: _____October 9, 2015_____

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

WESLEY I PURKEY
14679-045
TERRE HAUTE - USP
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47801