EXHIBIT D

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | | Sex: M | Race: WHITE | Facility: | THP |
| Note Date: | 01/08/2020 13:36 | Provider: | Julian, K. FNP-BC | Unit: | X02 |

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**        **Provider:**  Julian, K. FNP-BC

INMATE WAS IN A LEGAL CALL DURING SICK CALL. WILL DISCUSS WITH NURSE AND HE WILL NEED TO SIGN BACK UP.

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Julian, K. FNP-BC on 01/08/2020 13:37

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | Reg #: | 14679-045 |
| Date of Birth: | | Sex: M   Race: WHITE | Facility: | THP |
| Note Date: | 12/10/2019 17:54 | Provider: Smith, Michele RN | Unit: | X02 |

Admin Note - Orders encounter performed at Special Housing Unit.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**      **Provider:** Smith, Michele RN

DURING SICK CALL INMATE STATES "WHERE IS THE COPY OF MY SICK CALL FROM YESTERDAY".  I EXPLAINED TO THE INMATE WE DO NOT KEEP PAPER SICK CALLS ONCE THEY HAVE BEEN ENTERED INTO BEMR.  INMATE PURKEY STATES "I TOLD YOU YESTERDAY WHEN I GAVE IT TO YOU I WANTED A COPY".  I EXPLAINED TO INMATE THAT HE COULD REQUEST A COPY OF THE SICK CALL ENTERED INTO BEMR.  INMATE PURKEY TURNED AROUND MUMBLING AND WALKED AWAY.  THIS WRITER WAS ABLE TO LOCATED HIS SICK CALL HE TURNED IN ON 12/9/2019 AND RETURN IT TO HIM DURING THE EVENING PILL PASS.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Smith, Michele RN on 12/10/2019 17:57

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| **Inmate Name:** PURKEY, WESLEY IRA | | | **Reg #:** 14679-045 |
| **Date of Birth:** ▌ | **Sex:** M **Race:** WHITE | | **Facility:** THP |
| **Encounter Date:** 12/09/2019 11:30 | **Provider:** Smith, Michele RN | | **Unit:** X02 |

Nursing - Sick Call Note encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Smith, Michele RN

**Chief Complaint:** Other Problem

**Subjective:**   "ON BOTH BACKSIDES OF MY ANKLES ARE INFECTED SORES WHICH ARE BLEEDING DUE TO THE PROTRACTED TIGHT LEG IRONS THAT I AM FORCED TO WEAR DURING ALL ESCORTS, AS WELL AS DURING LEGAL VISITS- THIS IS TO DOCUMENT SUCH PAINFUL CUTS BEING SUFFERED AND THE CONSTANT AGGRAVATION OF SUCH EACH TIME THAT I AM FORCED TO ENDURE EXCESSIVE TIGHT LEG IRONS."

**Pain:**       Not Applicable

**OBJECTIVE:**

**ASSESSMENT:**

Other

INMATE WAS ON ELEPTICAL MACHINE WHILE THIS WRITER WAS DOING SICK CALL, INMATE HAD A SICK CALL SLIP STICKING OUT TO THE DOOR. INMATE HAD HEAD PHONES ON AND EYES CLOSED WHILE VIGIOURSOULY USING ELEPITCAL MACHINE. WAS ABLE TO GET INMATES ATTENTION BY OPENING THE FOOD SLOT. INSTRUCTED INAMTE PURKEY I NEEDED TO SEE AREA OF COMPLAINT. INMATE FULLED DOWN HIS SOCKS, INMATE OPEN AREA TO POSTERIOR ANKLE OF BILATERAL FEET APPROX 1MM ON EACH ANKLE. NO SWELLING PRESENT, APPEAR SUPERFICIAL, NO S/S OF INFECTION PRESENT, NO DRAINAGE. INMATE YELLING AT THIS WRITER STATING "I WANT THIS DOCUMENTED FOR THIS LITIGATOIN BECAUSE SOMETHING IS GOING TO BE DONE ABOUT IT". GAVE INMATE 6 LARGE BANDAIDS TO COVER AREAS TO BILATERAL ANKLES AND TO PREVENT FURTHER BREAKDOWN.

**PLAN:**

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Sick Call/Triage | 12/23/2019 00:00 | MLP 01 |

SUPERFICIAL OPEN AREAS TO POSTIOR BIL. ANKLES.

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/10/2019 | Counseling | Access to Care | Smith, Michele | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Smith, Michele RN on 12/10/2019 11:48

---

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: PURKEY, WESLEY IRA | | Reg #: 14679-045 |
| Date of Birth: ▮▮▮▮▮▮ | Sex: M   Race: WHITE | Facility: THP |
| Encounter Date: 11/21/2019 07:19 | Provider: Julian, K. FNP-BC | Unit: X01 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**       **Provider:** Julian, K. FNP-BC

**Chief Complaint:** Pain

**Subjective:** INMATE WAS JUST RETURNING FROM LEGAL AND ASKED TO STOP AT MEDICAL FOR HIS SICK CALL REQUEST. COMPLAINS OF BILATERAL SHOULDER DISCOMFORT. DENIES ANY RECENT INJURY. STAFF HAVE OBSERVED HIM DOING SEVERAL PUSHUPS DAILY AS WELL AS EXERCISING ON THE ELLIPTICAL WITH BILATERAL UPPER EXTREMITIES MOVING SWIFTLY WITHOUT DIFFICULTY.  DENIES TAKING ANY TYLENOL OR MOTRIN.  INMATE STATED HE WAS IN A RUSH BECAUSE HE HAD TO USE THE RESTROOM.  HE THEN STATED HE DID NOT NEED ANYTHING FURTHER.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 11/21/2019 08:18 |
| **Location:** | Shoulder-bilateral |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 6 |
| **Intervention:** | SEE PLAN |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-5 Years |
| **Duration:** | 1-5 Years |
| **Exacerbating Factors:** | DENIES |
| **Relieving Factors:** | DENIES |
| **Reason Not Done:** | |
| **Comments:** | |

**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Comments**

INMATE STATES HE DID NOT NEED FURTHER ASSESSMENT WHEN HE WAS TOLD THAT HE WILL NEED TO PURCHASE TYLENOL/MOTRIN FROM THE COMMISSARY.

| | | | | |
|---|---|---|---|---|
| Inmate Name: PURKEY, WESLEY IRA | | | | Reg #: 14679-045 |
| Date of Birth: ▓▓▓▓▓▓ | | Sex: M   Race: WHITE | | Facility: THP |
| Encounter Date: 11/21/2019 07:19 | | Provider: Julian, K. FNP-BC | | Unit: X01 |

**ASSESSMENT:**

History of arthritis, V13.4 - Current

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens

**Other:**

PLAN
INMATE STATES HE DID NOT NEED FURTHER ASSESSMENT WHEN HE WAS TOLD THAT HE WILL NEED TO PURCHASE TYLENOL/MOTRIN FROM THE COMMISSARY.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/21/2019 | Counseling | Access to Care | Julian, K. | Verbalizes Understanding |
| 11/21/2019 | Counseling | Compliance - Treatment | Julian, K. | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Julian, K. FNP-BC on 11/21/2019 08:21

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

---

Inmate Name:    PURKEY, WESLEY IRA                                              Reg #:      14679-045
Date of Birth:  ▮▮▮▮▮▮▮▮▮             Sex:    M    Race:   WHITE     Facility:   THP
Encounter Date: 11/08/2019 12:41     Provider:  May, Joseph RN      Unit:       X01

---

Nursing - Sick Call Note encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**              **Provider:**  May, Joseph RN

**Chief Complaint:** Pain
**Subjective:**    Reports left wrist pain and bilateral shoulder pain
**Pain:**          Yes
**Pain Assessment**
  **Date:**                    11/08/2019 12:42
  **Location:**                Multiple Locations
  **Quality of Pain:**         Aching
  **Pain Scale:**              8
  **Intervention:**            will be scheduled to see provider
  **Trauma Date/Year:**
  **Injury:**
  **Mechanism:**
  **Onset:**                   1-5 Years
  **Duration:**                1-5 Years
  **Exacerbating Factors:**    none
  **Relieving Factors:**       none
  **Reason Not Done:**
  **Comments:**

---

**OBJECTIVE:**

**ASSESSMENT:**

Pain - Shoulder

Verbally requests to be signed up for sick call. Ordinarily, patients should write sick call complaints, but an exception will be made. Reports left wrist pain and bilateral shoulder pain despite noted examples of upper body exercise without difficulty. No swelling seen to left wrist. Reports pain 8 on 0-10 scale with no alleviating or exacerbating activities. Speaking and ambulating without difficulty. Respirations even and unlabored. Will be placed on scheduler to see provider. No allergy status change.

**PLAN:**

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Sick Call/Triage | 11/22/2019 00:00 | MLP 01 |
| joint pains | | |

**Disposition:**
Will Be Placed on Callout

**Patient Education Topics:**

---

Inmate Name:   PURKEY, WESLEY IRA
Date of Birth: ███████                    Sex:      M    Race:  WHITE        Reg #:     14679-045
Encounter Date: 11/08/2019 12:41          Provider:  May, Joseph RN          Facility:  THP
                                                                            Unit:      X01

| Date Initiated Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|
| 11/08/2019   Counseling | Access to Care | May, Joseph | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by May, Joseph RN on 11/08/2019 13:10

# Bureau of Prisons
## Health Services
## Clinical Encounter

---

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | ▓▓▓▓▓ | Sex: | M    Race: WHITE | Facility: | THP |
| Encounter Date: | 11/06/2019 14:02 | Provider: | Julian, K. FNP-BC | Unit: | X01 |

---

Mid Level Provider - Sick Call Note encounter at Health Services.

**Reason Not Done:**   Refused

**Comments:** bilateral shoulder pain

PT WAS ON A LEGAL VISIT AND DID NOT WANT DISTURBED.

**Cosign Required:** No

Completed by Julian, K. FNP-BC on 11/06/2019 14:04.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | ▓▓▓▓▓▓▓ | Sex: M Race: WHITE | | Facility: | THP |
| Note Date: | 11/05/2019 09:00 | Provider: Smith, Michele RN | | Unit: | X01 |

Admin Note - Orders encounter performed at Special Housing Unit.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**　　　　**Provider:** Smith, Michele RN

        INMATE PURKEY ABLE TO USE ELIPTACAL MACHINE AND MOVE ARMS AND LEGS WITHOUT DIFFIUCLTY AT A FAST PACE AS WITNESS THIS AM WHILE INMATE EXERCISING IN REC AREA OF SCU.

**Copay Required:** No　　　　**Cosign Required:** Yes

**Telephone/Verbal Order:** Yes　　**By:** Wilson, William E. MD/CD

**Telephone or Verbal order read back and verified.**


Completed by Smith, Michele RN on 11/05/2019 14:34

Requested to be cosigned by  Wilson, William E. MD/CD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Julian, K. FNP-BC.

Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/05/2019 09:00 | Provider: | Smith, Michele RN | Facility: | THP |

**Reviewed by Julian, K. FNP-BC on 11/06/2019 07:12.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/05/2019 09:00 | Provider: | Smith, Michele RN | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 11/06/2019 08:47.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | | Sex: | M    Race: WHITE | Facility: | THP |
| Note Date: | 11/04/2019 09:20 | Provider: | Smith, Michele RN | Unit: | X01 |

Admin Note - Orders encounter performed at Special Housing Unit.
**Administrative Notes:**

**ADMINISTRATIVE NOTE    1          Provider:** Smith, Michele RN

INMATE PURKEY IS SIGNED UP FOR SICK CALL FOR BILATERAL SHOULD PAIN.  INMATE PURKEY WAS NOTED DOING PUSHUPS WITHOUT ANY DIFFUCULTY IN RECREATION AREA OF THE SCU.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Smith, Michele RN on 11/05/2019 14:32

Requested to be cosigned by  Wilson, William E. MD/CD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Julian, K. FNP-BC.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/04/2019 09:20 | Provider: | Smith, Michele RN | Facility: | THP |

**Reviewed by Julian, K. FNP-BC on 11/06/2019 07:06.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/04/2019 09:20 | Provider: | Smith, Michele RN | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 11/06/2019 08:46.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

---

Inmate Name:    PURKEY, WESLEY IRA

Date of Birth: ▮▮▮▮▮▮▮▮

Encounter Date: 11/02/2019 10:32

Sex:    M    Race:  WHITE

Provider:  May, Joseph RN

Reg #:    14679-045

Facility:  THP

Unit:    X01

---

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**    **Provider:** May, Joseph RN

**Chief Complaint:** No Complaint(s)

**Subjective:**  CCC med renewal

**Pain:**    No

---

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 11/02/2019 | 10:32 THX | Refused | | | May, Joseph RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 11/02/2019 | 10:32 THX | Refused | | | | May, Joseph RN |

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Requests renewal of CCC medication. Reports medication working well. Speaking and ambulating without difficulty. May sign up for sick call as needed. No allergy status change.

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|-----|-----------|------------|------------------|
| 489853-THX | Tears, Ophth Oint(Soothe Nighttime)min/pet 20/80 | 11/02/2019 10:32 | Apply thin ribbon to both eyes each evening PRN x 180 day(s) |
| | **Indication:** Blepharitis | | |
| 489691-THX | Lactulose Soln (473 ML) 10 GM/15 ML | 11/02/2019 10:32 | Take 15 ml (1 tablespoonful) by mouth twice daily AS NEEDED PRN x 180 day(s) |
| | **Indication:** Constipation, unspecified | | |
| 489690-THX | hydroCHLOROthiazide 25 MG Tab | 11/02/2019 10:32 | Take one tablet by mouth daily x 180 day(s) |
| | **Indication:** Hypertension, Benign Essential | | |
| 476571-THX | Vitamin D (Cholecalciferol) 1000 UNIT Tab | 11/02/2019 10:32 | Take one tablet (1000 UNIT) by mouth each day x 180 day(s) |
| | **Indication:** Hypertension, Benign Essential | | |
| 476567-THX | Capsaicin External Cream 0.025% (60GM) | 11/02/2019 10:32 | Apply topically to the affected area(s) daily wash hands after application PRN x 180 day(s) |
| | **Indication:** Knee, Pain in joint, lower leg, Backache, unspecified | | |

**Disposition:**

To be Evaluated by Provider

---

Inmate Name:    PURKEY, WESLEY IRA

Date of Birth:                              Sex:    M    Race:  WHITE        Reg #:    14679-045

Encounter Date: 11/02/2019 10:32          Provider:  May, Joseph RN          Facility:  THP

Unit:    X01

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/02/2019 | Counseling | Access to Care | May, Joseph | Verbalizes Understanding |

**Copay Required:** No            **Cosign Required:** Yes

**Telephone/Verbal Order:**  Yes      **By:**  Wilson, William E. MD/CD

**Telephone or Verbal order read back and verified.**


Completed by May, Joseph RN on 11/02/2019 10:38

Requested to be cosigned by  Wilson, William E. MD/CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/02/2019 10:32 | Provider: | May, Joseph RN | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 11/04/2019 12:22.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

---

Inmate Name:  PURKEY, WESLEY IRA
Date of Birth: ▓▓▓▓▓▓▓▓    Sex:  M   Race:  WHITE
Encounter Date: 10/27/2019 11:08    Provider:  Bixler, Tracy RN

Reg #:    14679-045
Facility: THP
Unit:     X01

---

Nursing - Sick Call Note encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**      **Provider:**  Bixler, Tracy RN

**Chief Complaint:** Pain
**Subjective:**    "intense pain in both shoulders as the arthritis increases - it is aggravated when reaching out or upwards."
**Pain:**        Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 10/27/2019 11:09 |
| **Location:** | Shoulder-bilateral |
| **Quality of Pain:** | Sharp |
| **Pain Scale:** | 8 |
| **Intervention:** | Try to limit painful movement until further evaluation |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-5 Years |
| **Duration:** | 1-5 Years |
| **Exacerbating Factors:** | Reaching out or up |
| **Relieving Factors:** | not reaching out or up |
| **Reason Not Done:** | |
| **Comments:** | |

**OBJECTIVE:**

**ASSESSMENT:**

Pain - Shoulder

Patient in law library typing. Gave this nurse a sick call slip for bilateral shoulder pain. Reports that his arthritis is getting worse. Hurts worse when lifting out or up.

**PLAN:**

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Sick Call/Triage | 11/08/2019 00:00 | MLP 01 |
| bilateral shoulder pain | | |

**Disposition:**

Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

---

Inmate Name:   PURKEY, WESLEY IRA                                                    Reg #:   14679-045
Date of Birth:   ▮▮▮▮▮▮▮▮           Sex:   M   Race:   WHITE                Facility:   THP
Encounter Date:  10/27/2019 11:08        Provider:   Bixler, Tracy RN                Unit:   X01

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/27/2019 | Counseling | Access to Care | Bixler, Tracy | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Bixler, Tracy RN on 10/27/2019 11:19

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | Reg #: | 14679-045 |
| Date of Birth: | ▓▓▓▓▓▓▓ | Sex:  M    Race: WHITE | Facility: | THP |
| Note Date: | 10/10/2019 14:06 | Provider:  Trueblood, Elizabeth MD | Unit: | X01 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE    1          Provider:** Trueblood, Elizabeth MD

Schedule MRI with and without contrast of head for history of cognitive deficits and need to rule out an intracranial process.

Schedule PET scan of the brain for history of cognitive deficits and need to rule out intracranial process.

Schedule DTI scan of the brain for history of cognitive deficits and to rule out intercranial process.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 11/07/2019 | 11/07/2019 | Routine | No | |

**Subtype:**

Offsite Other RAD, NOS

**Reason for Request:**

Schedule DTI scan of the brain for history of cognitive deficits and to rule out intercranial process and to evaluate for fiber tract abnormalities.

**Provisional Diagnosis:**

DTI scan should be performed with a minimum of 25 directions; 64 directions is preferred.

| | | | | | |
|---|---|---|---|---|---|
| Radiology | 11/07/2019 | 11/07/2019 | Routine | No | |

**Subtype:**

PET scan, non cancerous

**Reason for Request:**

Schedule PET scan of the brain for history of cognitive deficits and need to rule out intracranial process.

| | | | | | |
|---|---|---|---|---|---|
| Radiology | 11/07/2019 | 11/07/2019 | Routine | No | |

**Subtype:**

MRI, Offsite

**Reason for Request:**

Schedule MRI with and without contrast of head for history of cognitive deficits and need to rule out an intracranial process.

**Provisional Diagnosis:**

For his head MRI, this study should be done with a filled strength of at least 1.5 Tesla.  Scanning should include a T1 weighted 3-dimensional 1 x 1 x 1 mm (no skips) acquisition sequence (such as in MPRAGE or a 3-D spoiled gradient procedure) to allow segmentation of gray matter and white matter for volumetric analysis.  If possible the raw data needs to be saved in a standard (e.g.,  DICOM) format and downloadable for postprocessing by specialized software.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Trueblood, Elizabeth MD on 10/10/2019 14:13

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

---

Inmate Name:    PURKEY, WESLEY IRA                                              Reg #:      14679-045
Date of Birth:   ▮▮▮▮▮▮                  Sex:    M    Race:   WHITE       Facility:   THP
Encounter Date:  10/03/2019 15:17       Provider:   May, Joseph RN       Unit:       X01

---

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1          Provider:**  May, Joseph RN

**Chief Complaint:** No Complaint(s)
**Subjective:**   Assessment of body weight and blood pressure
**Pain:**         Not Applicable

---

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 10/03/2019 | 13:48 THX | 76 | Via Machine | | May, Joseph RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 10/03/2019 | 13:48 THX | 137/75 | Left Arm | | Adult-large | May, Joseph RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 10/03/2019 | 13:48 THX | 204.8 | 92.9 | | May, Joseph RN |

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Asked by administrator to obtain weight and blood pressure. Seen at cell door. Has missed 6 meals. Denies hunger strike behavior and states, "I can't fast for two days? Only one blood pressure was taken.

Per ranger officer, inmate has large supply of commissary food and products in his cell. Will be monitored per protocol. No allergy status change.

No distress seen at this time. May sign up for sick call as needed.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 10/03/2019 | Counseling | Access to Care | May, Joseph | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by May, Joseph RN on 10/03/2019 15:25
Requested to be cosigned by  Wilson, William E. MD/CD.

Cosign documentation will be displayed on the following page.

Inmate Name:   PURKEY, WESLEY IRA                                         Reg #:     14679-045
Date of Birth:                                Sex:      M    Race:   WHITE     Facility:  THP
Encounter Date: 10/03/2019 15:17              Provider:  May, Joseph RN        Unit:      X01

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | | Sex: | M | Race: | WHITE |
| Encounter Date: | 10/03/2019 15:17 | Provider: | May, Joseph RN | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 10/04/2019 15:50.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

---

Inmate Name:  PURKEY, WESLEY IRA
Date of Birth: ▮▮▮▮▮▮                          Sex:      M    Race:  WHITE
Encounter Date: 10/02/2019 14:04                Provider:  Julian, K. FNP-BC

Reg #:    14679-045
Facility: THP
Unit:     X01

---

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:**  Julian, K. FNP-BC
  **Chief Complaint:** HYPERTENSION
  **Subjective:**  MLP CCC F/U AND SICK CALL

SICK CALL ISSUE/ HISTORY OF PRESENT ILLNESS: INMATE STATES THAT HE WAS CUFFED TO LONG IN THE BACK A FEW WEEKS AGO AND HAVING WRIST PAIN. IT HAS IMPROVED A BIT OVER THE LAST WEEK.
CHIEF COMPLAINT - WRIST PAIN R.L
ONSET -2 WEEKS AGO
COURSE - SYMPTOMS-TENDERNESS
LOCATION WHERE THE SYMPTOMS BEGAN- LEFT WRIST
ASSOCIATED SYMPTOMS INCLUDE - NO SWELLING
EXACERBATING FACTORS   SEE PAIN CHARTING
ALLEVIATING FACTORS - SEE PAIN CHARTING
RADIATION N/A
THERAPIES PATIENT HAS TRIED IN PAST- NONE
COMPLIANCE WITH PAST THERAPIES- STATES HE USED A FEW MOTRIN
SIGNIGICANT CONTRIBUTING PAST MEDICAL HISTORY INCLUDES- NO CONTRIBUTING CONDITIONS.NO
HIS PAST MEDICAL HISTORY IS NOTED AS IN THE CHART AND AFTER DISCUSSION WITH THE INMATE.

HTN-DENIES ANY SOB. STATES HE HAS OCCASIONAL CHEST PAIN PRIMARILY ON THE RIGHT SIDE. LIKELY DUE TO ANXIETY AND STRESS OF UPCOMING DEATH SENTENCE. STATES HE WAS EVALUTAED BY THE CARDIOLOGIST A FEW WEEKS AGO. STATES SOME OF HIS MEDICATIONS WERE CHANGED.

**Pain:**          Yes
**Pain Assessment**

| | |
|---|---|
| **Date:** | 10/02/2019 14:08 |
| **Location:** | Wrist-bilateral |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 5 |
| **Intervention:** | SEE PLAN |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-2 Weeks |
| **Duration:** | 1-2 Weeks |
| **Exacerbating Factors:** | DENIES |
| **Relieving Factors:** | DENIES |
| **Reason Not Done:** | |
| **Comments:** | |

---

| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M Race: WHITE | | Facility: | THP |
| Encounter Date: | 10/02/2019 14:04 | Provider: Julian, K. FNP-BC | | Unit: | X01 |

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/02/2019 | 14:08 THX | 97.6 | 36.4 | | Julian, K. FNP-BC |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/02/2019 | 14:08 THX | 73 | | | Julian, K. FNP-BC |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/02/2019 | 14:08 THX | 16 | Julian, K. FNP-BC |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/02/2019 | 14:08 THX | 164/76 | | | | Julian, K. FNP-BC |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/02/2019 | 14:08 THX | 97 | Room Air | Julian, K. FNP-BC |

**Exam:**

**Musculoskeletal**

**Wrist/Hand/Fingers**

Yes: Normal Exam, Full Range of Motion, Symmetric, Normal Active ROM, Normal Passive Range of Motion, Neurovascular Intact

No: Swelling, Inflammation, Ecchymosis, Erythema, Warm to Touch, Tenderness, Clicking, Popping

## Exam Comments

GENERAL-WITHIN NORMAL LIMITS, DRY, SKIN INTACT
HEAD-SYMMETRY OF MOTOR FUNCTION
EYES-GENERAL- PERRLA, EOM INTACT
NECK-SUPPLE, SYMMETRIC, WITHIN NORMAL LIMITS, SUPPLE
CAROTID-PULSE NORMAL
PULMONARY-OBSERVATION, WITHIN NORMAL LIMITS. AUSCULTATION-CLEAR TO AUSCULTATION
CARDIOVASCULAR-OBSERVATION-WITHIN NORMAL LIMITS, NORMAL RATE, REGULAR RHYTHM
AUSCULTATION-REGULAR RATE AND RHYTHM, NORMAL S1 & S2. NO M/R/G
PERIPHERAL VASCULAR-LEGS-NO EDEMA
ABDOMEN-INSPECTION-WITHIN NORMAL LIMITS. AUSCULTATION-NORMO-ACTIVE BOWEL SOUNDS.
PALPATION-WITHIN NORMAL LIMITS, SOFT, NO GUARDING OR RIGIDITY.  NO TENDERNESS ON PALPATION.
NO REBOUND TENDERNESS.
MUSCULOSKELETAL-NORMAL GAIT

## ASSESSMENT:

Hypertension, Benign Essential, 401.1 - Current

Vitamin D deficiency, E559 - Current

## PLAN:

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

| | | | |
|---|---|---|---|
| Inmate Name: PURKEY, WESLEY IRA | | Reg #: 14679-045 | |
| Date of Birth: ▮▮▮▮▮ | Sex: M   Race: WHITE | Facility: THP | |
| Encounter Date: 10/02/2019 14:04 | Provider: Julian, K. FNP-BC | Unit: X01 | |

Return Immediately if Condition Worsens

**Other:**

PLAN
PT WAS INSTRUCTED TO PURCHASE OTC TYLENOL/MOTRIN FOR THE WRIST PAIN. THE EXAM OF BILATERAL WRISTS WAS NORMAL. MEDICATIONS WERE RENEWED. CCC IS SCHEDULED IN 6 MONTHS. INSTRUCTED TO RETURN TO MEDICAL FOR ANY CHANGES OF MEDICAL CONDITION. ALLERGIES REVIEWED, NO STATUS CHANGES. DISCUSSED THE IMPORTANCE OF DIET AND EXERCISE.  PT VERBALIZES UNDERSTANDING. DENIES ANY FURTHER QUESTIONS.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/02/2019 | Counseling | Access to Care | Julian, K. | Verbalizes Understanding |
| 10/02/2019 | Counseling | Compliance - Treatment | Julian, K. | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Julian, K. FNP-BC on 10/02/2019 14:13

Requested to be cosigned by  Wilson, William E. MD/CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | Reg #: | 14679-045 |
| Date of Birth: | ▓▓▓▓▓▓ | Sex: M | Race: | WHITE |
| Encounter Date: | 10/02/2019 14:04 | Provider: Julian, K. FNP-BC | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 10/03/2019 12:58.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | Reg #: | 14679-045 |
| Date of Birth: | | Sex: M    Race: WHITE | Facility: | THP |
| Note Date: | 10/02/2019 14:02 | Provider: Julian, K. FNP-BC | Unit: | X01 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1        Provider:** Julian, K. FNP-BC
SEE MLP NOTE ON 10-2-19 FOR MLP CCC F/U

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Julian, K. FNP-BC on 10/02/2019 14:04

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | ▆▆▆▆ | Sex: M | Race: WHITE | Facility: | THP |
| Note Date: | 09/25/2019 11:45 | Provider: | Julian, K. FNP-BC | Unit: | X01 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**      **Provider:**  Julian, K. FNP-BC
    INMATE WAS IN A LEGAL VISIT. HE WILL BE RESCHEDULED.


**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Julian, K. FNP-BC on 09/25/2019 11:47

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | ▓▓▓▓▓ | Sex: M   Race: WHITE | | Facility: | THP |
| Note Date: | 09/05/2019 09:50 | Provider: | Bixler, Tracy RN | Unit: | X01 |

Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Bixler, Tracy RN

Patient allergies reviewed and needed updates applied during this visit.  See Chart: Allergies for most recent patient allergy list.

SEEN IN HOUSE FOR CONSULTATION: Cardiology

PHYSICIAN: Dr. Mercho

FOLLOW UP CONSULT:    NO

REASON FOR CONSULTATION:  Evaluation od patient for complaints of heart "speeding up" and HTN

PERTINENT PATIENT COMMENTS (THE READER IS ALSO REFERRED TO THE SPECIALIST'S NOTE IN DOCUMENT MANAGER): C/O fast heart rate at times at rest. Lasts several minutes. C/O dizziness. Denies shortness of breath or chest pain. Denies edema.

ASSESSMENT (THE READER IS ALSO REFERRED TO THE SPECIALIST'S NOTE IN DOCUMENT MANAGER): Chart reviewed and patient examined. Medications reviewed and discussed. Discussed 24 hour holter monitor results. Showed tachycardia. Nothing serious. Needs to start a medication that will help with his heart rate and blood pressure.

PLAN:

MEDICINE CHANGES IF ANY: Stop the Amlodipine, Start Coreg 12.5 mg bid

SPECIAL TESTING ( LABS, RADIOLOGICAL STUDIES, REFERRALS ETC) : none

NEXT FOLLOW UP WITH THIS SPECIALIST:  prn

PATIENT VOICED UNDERSTANDING AND AGREEMENT WITH TREATMENT PLAN.  THE READER IS ALSO REFERRED TO THE SPECIALIST'S NOTE IN DOCUMENT MANAGER FOR  COMPLETE DOCUMENTATION OF THE CONSULTATION.

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/05/2019 | 09:50 THX | 74 | | | Bixler, Tracy RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/05/2019 | 09:50 THX | 175/76 | | | | Bixler, Tracy RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/05/2019 | 09:50 THX | 98 | | Bixler, Tracy RN |

| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | | Sex: M   Race: WHITE | | Facility: | THP |
| Note Date: | 09/05/2019 09:50 | Provider: Bixler, Tracy RN | | Unit: | X01 |

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** | **Prescriber Order** |
|---|---|---|---|
| | Carvedilol Tablet | 09/05/2019 09:50 | 12.5 mg Orally  -   Two Times a Day x 180 day(s) |

**Discontinued Medication Orders:**

| **Rx#** | **Medication** | **Order Date** | **Prescriber Order** |
|---|---|---|---|
| *476566-THX* | *amLODIPine  5 MG TAB* | *09/05/2019 09:50* | *Take one tablet (5 MG) by mouth each day* |

**Discontinue Type:**    *When Pharmacy Processes*

**Discontinue Reason:** *discontinue*

**Indication:**

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     **By:**   Wilson, William E. MD/CD

**Telephone or Verbal order read back and verified.**


Completed by Bixler, Tracy RN on 09/05/2019 12:33

Requested to be cosigned by  Wilson, William E. MD/CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | | Sex: | M | Race: | WHITE |
| Encounter Date: | 09/05/2019 09:50 | Provider: | Bixler, Tracy RN | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 09/05/2019 15:42.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: PURKEY, WESLEY IRA | | | Reg #: 14679-045 |
| Date of Birth: ▮▮▮▮ | Sex: M Race: WHITE | | Facility: THP |
| Encounter Date: 08/30/2019 09:51 | Provider: May, Joseph RN | | Unit: X01 |

Nursing - Sick Call Note encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**        **Provider:** May, Joseph RN

**Chief Complaint:** No Complaint(s)

**Subjective:**   CCC med renewal request

**Pain:**        Not Applicable

**OBJECTIVE:**

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Inmate requests medication renewal.  Inmate voices no complaints and states he is tolerating medications.  Renewal request discussed with provider, and provider has evaluated inmate's current medication regimen.  To provide continuity of care until patient's next regularly scheduled appointment, this writer was given a verbal order to renew medication orders with no changes for a duration of __60days___.   Inmate is instructed to return to sick call if any problems develop prior to his next appointment. No allergy status change. Scheduled to see provider for sick call, vitals to be obtained at that time.

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 476568-THX | hydroCHLOROthiazide 25 MG Tab | 08/30/2019 09:51 | Take one tablet by mouth daily x 60 day(s) |
| | **Indication:** Hypertension, Benign Essential | | |
| 488497-THX | Lactulose Soln (473 ML) 10 GM/15 ML | 08/30/2019 09:51 | Take 15 ml (1 tablespoonful) by mouth twice daily AS NEEDED PRN x 60 day(s) |
| | **Indication:** Constipation, unspecified | | |
| 476570-THX | Tears, Ophth Oint(Soothe Nighttime)min/pet 20/80 | 08/30/2019 09:51 | Apply thin ribbon to both eyes each evening PRN x 60 day(s) |
| | **Indication:** Blepharitis | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/30/2019 | Counseling | Access to Care | May, Joseph | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     **By:** Wilson, William E. MD/CD

**Telephone or Verbal order read back and verified.**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | Reg #: | 14679-045 |
| Date of Birth: | | Sex: M   Race: WHITE | Facility: | THP |
| Encounter Date: 08/30/2019 09:51 | | Provider: May, Joseph RN | Unit: | X01 |

Completed by May, Joseph RN on 08/30/2019 09:55

Requested to be cosigned by  Wilson, William E. MD/CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/30/2019 09:51 | Provider: | May, Joseph RN | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 08/30/2019 11:21.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | Reg #: | 14679-045 |
| Date of Birth: | | Sex: M   Race: WHITE | Facility: | THP |
| Encounter Date: | 08/22/2019 14:00 | Provider: May, Joseph RN | Unit: | X01 |

Nursing - Sick Call Note encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** May, Joseph RN

**Chief Complaint:** Pain

**Subjective:**   Reports pain to both wrists, reports 2 moles to face

**Pain:**         Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 08/22/2019 14:01 |
| **Location:** | Wrist-bilateral |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 6 |
| **Intervention:** | will be scheduled |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 12-24 hours |
| **Duration:** | 12-24 Hours |
| **Exacerbating Factors:** | movement |
| **Relieving Factors:** | none |
| **Reason Not Done:** | |
| **Comments:** | |

**OBJECTIVE:**

**ASSESSMENT:**

Pain - Other

Submits inmate medical sick call sign-up form at cell door during morning pill line. Reports bilateral wrist pain that began yesterday, see pain assessment. Requests two moles on face be assessed by provider. Speaking and ambulating without difficulty. Respirations even and unlabored. Will be placed on scheduler to see provider. No allergy status change.

**PLAN:**

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Sick Call/Triage | 09/05/2019 00:00 | MLP 01 |
| bilat wrist pain, skin assessment | | |

**Disposition:**

Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

Inmate Name:   PURKEY, WESLEY IRA                                        Reg #:    14679-045
Date of Birth:   [REDACTED]              Sex:     M     Race:   WHITE      Facility:  THP
Encounter Date:  08/22/2019 14:00        Provider:  May, Joseph RN        Unit:      X01

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/22/2019 | Counseling | Access to Care | May, Joseph | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by May, Joseph RN on 08/22/2019 14:08

# Bureau of Prisons
## Health Services
## Clinical Encounter

---

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | ▮▮▮▮ | Sex: M | Race: WHITE | Facility: | THP |
| Encounter Date: | 08/17/2019 10:20 | Provider: | May, Joseph RN | Unit: | X01 |

---

Nursing - Sick Call Note encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**        **Provider:** May, Joseph RN

**Chief Complaint:** No Complaint(s)

**Subjective:**  CCC med renewal

**Pain:**  Not Applicable

---

**OBJECTIVE:**

**ASSESSMENT:**

Other

Submits inmate medical sick call sign-up form at cell door during morning pill line. Requests renewal of CCC medication. Speaking and ambulating without difficulty. Respirations even and unlabored. Order received to renew. Will not be placed on scheduler to see provider. May sign up for sick call as needed. No allergy status change.

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 482717-THX | Lactulose Soln (473 ML) 10 GM/15 ML | 08/17/2019 10:20 | Take 15 ml (1 tablespoonful) by mouth twice daily AS NEEDED PRN x 60 day(s) |
| | **Indication:** Constipation, unspecified | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/17/2019 | Counseling | Access to Care | May, Joseph | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes    **By:** Wilson, William E. MD/CD

**Telephone or Verbal order read back and verified.**


Completed by May, Joseph RN on 08/17/2019 10:33

Requested to be cosigned by Wilson, William E. MD/CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/17/2019 10:20 | Provider: | May, Joseph RN | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 08/19/2019 11:03.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | | Reg #: | 14679-045 |
| Date of Birth: | ██████████ | Sex: | M    Race: WHITE | | Facility: | THP |
| Note Date: | 07/24/2019 13:48 | Provider: | Julian, K. FNP-BC | | Unit: | X02 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

  **ADMINISTRATIVE NOTE    1          Provider:** Julian, K. FNP-BC

    INMATE STATES HE DID NOT SIGN UP FOR SICK CALL AND HAS NO COMPLAINTS. HE DOES NOT WANT CHARGED THE $2.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Julian, K. FNP-BC on 07/24/2019 13:49

## THP/InmateToHealthSvcs - 8c8640c0-d7f3-416d-a8fc-f260fcdc5fcf

**From:**   THP/InmateToHealthSvcs
**To:**     ~^!PURKEY, ~^!WESLEY IRA
**Subject:** 8c8640c0-d7f3-416d-a8fc-f260fcdc5fcf

---

I can not provide you with a scheduled date.  Dr. Buckley will be the CDO.

1-15-2020 THP
FCC Terre Haute In


>>> ~^!"PURKEY, ~^!WESLEY IRA" <14679045@inmatemessage.com> 1/7/2020 8:16 AM >>>
To: HSA McCoy
Inmate Work Assignment: ua

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject
line.
8c8640c0-d7f3-416d-a8fc-f260fcdc5fcf
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be
delivered to the inmate.

***Inmate Message Below***


Please advise me of my scheluding for the repair of the teeth and other dental work that is needed prior to the
taking of molds for my new plates to be fitted? Also please provide me with the name of the individual dentist
who assumed Dr. Shephard's position!
cc: file


*S. Wells, LDH*
*FCC Terre Haute*

1-15 20

Medical

HSA McCoy

PURKay 14679-045
Sch A Rease

After being denied Chronic Care for over 5 yrs - Now when I'm seen for my chronic Arthritis as last week by P.A. Klink I'm charged a copail - Why - Which is contrary to applicable BOP Policy -

Thank you :

11/26/19

12-10-19:

Program Statement 6031.02 requires staff to apply a co-pay to patient requested healthcare visits. Your exam on 11-21-19 with Mid Level Provider Julian was a sick call request and not a chronic care clinic. For this reason the copay was appropriate and compliant with BOP policy.

CMcCOY HSA
FCC TERRE HAUTE

BP-A0807     **INFLUENZA VACCINE CONSENT – INMATES**
Sep 11

**U.S. DEPARTMENT OF JUSTICE**               **FEDERAL BUREAU OF PRISONS**

*{\*Note: CDC Vaccine Information Statements in multiple languages available at:* www.cdc.gov/vaccines/pubs/vis/}

I have been provided a copy of the Vaccine Information Statement* for Influenza
Vaccine  dated <u>8/15/19</u>. I have had the opportunity to ask questions about the
benefits and risks of  vaccination.

☑ **I consent to receive the influenza vaccine at this time.**

**Health Questions Prior to Influenza Vaccination** *(Check Yes or No)*

| Yes | No | Health Questions |
|-----|-----|------------------|
|     | ✓ | Are you sick today? *(if moderately to severely ill should postpone vaccination)* |
|     | ✓ | Do you have allergy to eggs? |
|     | ✓ | Have you ever had serious reaction to influenza vaccine?<br><br>If so, describe: |
|     | ✓ | Have you had Guillain-Barré syndrome (progressive paralysis) |

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
|                  | M Smith N         | 10/4/19 |

☐  **I decline to receive the influenza vaccine at this time.**

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
|                  |                   |      |

| (PRINT)  Inmate Name (Last, First) | | Register | Quarter | Facility |
|---------|---------|----------|---------|----------|
| PURKEY  | WESLEY  | 14679-045 | X01-313L | THP |

Prescribed By P6190



**Federal Bureau of Prisons**

# FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** **Sensitive But Unclassified** ***

| | | |
|---|---|---|
| **Name** PURKEY, WESLEY | **Facility** USP Terre Haute | **Collected** 09/04/2019 07:19 |
| **Reg #** 14679-045 | **Order Unit** X03-410L | **Received** 09/05/2019 10:38 |
| **DOB** | **Provider** William Wilson, MD | **Reported** 09/05/2019 12:19 |
| **Sex** M | | **LIS ID** 094192227 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 144 | 136-146 | mmol/L |
| Potassium | | 4.8 | 3.6-4.9 | mmol/L |
| Chloride | | 106 | 98-108 | mmol/L |
| CO2 | L | 20 | 22-29 | mmol/L |
| BUN | | 10 | 7-24 | mg/dL |
| Creatinine | | 0.83 | 0.60-1.20 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 10.3 | 8.6-10.4 | mg/dL |
| Glucose | | 85 | 70-110 | mg/dL |
| Anion Gap | | 18.1 | 9.0-19.0 | |

## SPECIAL CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Vitamin D, 25-Hydroxy | L | 23.0 | 30.0-80.0 | ng/mL |

Deficient     <21 ng/mL
Insufficiency  21 - 29 ng/mL
Possible Toxicity  >80 ng/mL

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| WBC | | 6.3 | 3.5-10.5 | K/uL |
| RBC | | 4.79 | 4.10-6.00 | M/uL |
| Hemoglobin | | 14.7 | 12.0-17.5 | g/dL |
| Hematocrit | | 43.3 | 38.8-50.0 | % |
| MCV | | 90.4 | 76.0-100.0 | fL |
| MCH | | 30.7 | 27.0-33.0 | pg |
| MCHC | | 33.9 | 28.0-36.0 | g/dL |
| RDW-CV | | 12.0 | 12.0-15.0 | % |
| Platelet | | 232 | 150-450 | K/uL |
| MPV | H | 11.9 | 6.9-10.5 | fL |

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | Reg #: | 14679-045 |
| Date of Birth: | ▆▆▆▆▆▆▆▆ | Sex: M | Race: | WHITE |
| Encounter Date: | 09/05/2019 14:23 | Provider: Lab Result Receive | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 09/05/2019 15:51.**

Health Services

Ms. Attebury
Medical Records

Turkey 14679-045
Scu A-413

I would appreciate Receiving my
Medical Records absent the materials
dealing with the 24 hr period I wore the
cardiology device from Jan/2017 to
date-            Thank You

Sept 26, 2019


9.30.19
See attached. Ø excursions
288 pages

R. Milburn, H.I.T.
FCC Terre Haute

BP-A0808
SEP 11

**VACCINE CONSENT - INMATES**

CDFRM

## U.S. DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF PRISONS

{*Note: CDC Vaccine Information Statements in multiple languages available at: www.cdc.gov/vaccines/pubs/vis/}

I have been provided a copy of the Vaccine Information Statement* for:

Pneumococcal 23 _____ vaccine dated 4/2015.

I have had the opportunity to ask questions about the benefits and risks of vaccination.

☒ I consent to be vaccinated.

| Inmate Signature | Witness Signature | Date |
|---|---|---|
| | | 9/6/19 |

M.Smith, RN
FCC Terre Haute

☐ I decline to receive the above vaccine at this time.

| Inmate Signature | Witness Signature | Date |
|---|---|---|
| | | |

| Name | |
|---|---|
| WESLEY PURKEY | |
| Reg. # 14679-045 | SSN |
| Institution THX--TERRE HAUTE FCC | |

Prescribed By P6190

09/05/2019 FRI 12:51 FAX 812 238 7684 UHHG Medical Records ☑005/015

Wesley   Purkey
Page 1

PATIENT NAME: Purkey, Wesley
ID#: 14679-045

DATE OF SERVICE: 09/05/2019

HISTORY: This gentleman comes in for evaluation regarding occasional skipping of his heart beat and palpitations. The patient has a history of hypertension and history of GERD. He did have a Holter monitor revealing sinus rhythm with sinus tachycardia and also episodes of supraventricular tachycardia. The patient was being considered for either a calcium blocker or beta blocker.

He said that the recent episodes occur at rest at random times. It lasts several minutes. He reports no syncope although he occasionally feels dizzy with that. He has no chest pain or shortness of breath.

PHYSICAL EXAM:
VITAL SIGNS: Blood pressure 170/80, heart rate 70 and regular.
HEAD AND NECK: No JVD, no bruit.
LUNGS: Clear to auscultation.
CARDIOVASCULAR: Unremarkable.
EXTREMITIES: No edema.

IMPRESSION:
1.   Hypertension.
2.   Supraventricular tachycardia.

PLAN: At this time I would like to try a small dose of beta blocker instead of the amlodipine to see if this will control both his hypertension and his SVT. We will start him on carvedilol 12.5 mg twice daily. If he has significant hypertension or dizziness, consideration for stopping the hydrochlorothiazide will be given. I plan on seeing this gentleman in the future if he continues to have symptoms.

Nawar Mercho, M.D.
DD: 09/05/2019 09:57
DT: 09/05/2019 13:39
NM(BS)
JOB NUMBER: 853050668 / 695594

HEALTH SERVICE ASST.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | Reg #: | 14679-045 |
| Date of Birth: | ▬▬▬▬ | Sex:    M | Race: | WHITE |
| Scanned Date: | 09/09/2019 12:11 EST | | Facility: | THP |

**Reviewed by Wilson, William E. MD/CD on 09/19/2019 14:47.**

**Providence Medical Group**

**Holter Report**

2723 S 7th St SUITE A
Terre Haute, IN 47802

---

**Patient Name:** Wesley I Purkey # 14679-045

| | | | |
|---|---|---|---|
| Patient ID: 14679-045 | Recorded at: 05/15/2019 09:00 | Report Date: 06/11/2019 |
| DOB/Sex: ▓▓▓ Male | Scanned: 24 hours 4 minutes | Rejected: N/A |
| Physician: | Technician: MB | Requested by: Wilson, William MD |
| Analyzed Channels: (1), 2, 3 | Artifact: 2.3 % | |

**Medication:**

**Indication:** Palpitations

## Analysis Summary

### HEART RATE

Total Beats: 91220

| | |
|---|---|
| Average HR: | 61 BPM (983 msec) |
| Minimum HR: | 38 BPM (1578 msec) at 21:24:40 |
| Maximum HR: | 133 BPM (451 msec) at 13:45:20 |
| Tachycardia (>120): | <1 min. Longest: <1 min at 13:44:56 |
| Bradycardia (<50): | 140 min, Longest: 2 min at 22:41:28 |

### HEART RATE VARIABILITY

| | |
|---|---|
| SDNN: | 163 |
| SDANN: | 136 |
| RMSSD: | 44 |
| Triangular Index: | 57 |

### VENTRICULAR

| | | |
|---|---|---|
| Total Ectopics: | 247 | (0.27% of all beats) |
| Isolated: | 195 | ( 47 Interpolated) |
| Pair: | 21 | |
| Bigeminy: | 1 | ( 4 VE beats) |
| Trigeminy: | 0 | ( 0 VE beats) |
| Run: | 2 | ( 6 VE beats) |
| Longest: | 113 BPM, | 3 beats, 1.8 sec at 06:18:46 |
| Fastest: | 113 BPM, | 3 beats, 1.8 sec at 06:18:46 |
| Slowest: | 110 BPM, | 3 beats, 1.8 sec at 07:21:49 |

### SUPRAVENTRICULAR

| | | |
|---|---|---|
| Total Ectopics: | 32 | ( <0.1%) |
| Isolated: | 2 | |
| Pair: | 12 | |
| Run: | 1 | ( 6 SVE beats ) |
| Longest: | 156 BPM, | 6 beats, 2.5 sec at 06:57:49 |
| Fastest: | 156 BPM, | 6 beats, 2.5 sec at 06:57:49 |

### ST SEGMENT

| | Ch1 | Ch2 | Ch3 |
|---|---|---|---|
| Minutes of depression | 0 | 0 | 2 |
| Minutes of elevation | 0 | 0 | 0 |
| Average (mm) | 0.6 | 0.3 | -0.1 |

| | Max | Ch | Time | Length |
|---|---|---|---|---|
| Depression | -1.1 mm | 3 | 04:12 | 2 min |
| Elevation | 2.5 mm | 1 | 08:24 | . |

### OTHERS

| | |
|---|---|
| Pause > 2.5 sec : | 0 |
| Longest: | N/A |
| R on T: | 0 |

---

**Interpretation:** *Sinus tachycardia confirm*
*Sinus bradycardia*
*PSVT*
*No definite PVCs*

H. ATTERBURY
HEALTH SERVICE ASST.
FCC   TERRE   HAUTE

*Reviewed by:* _____   *Date:* 6/13/9

No. 2793   P. 7          Jun. 13. 2019  5:45PM

## Narrative / Comments Report

The patient's Holter monitoring period was 24 hours and 4 minutes. There were a total of 91220 QRS complexes detected.

The average heart rate was 61 BPM with a maximum heart rate of 133 BPM at 13:45:20 and a minimum heart rate of 38 BPM at 21:24:40.

Tachycardia (heart rate > 120 BPM) was noted < 1% of the time. There were less than 1 Tachycardia minutes with the longest episode occurred at 13:44:56 for less than 1 minutes.

Bradycardia (heart rate < 50 BPM) was noted 9.7% of the time. There were 140 Bradycardia minutes with the longest episode occurred at 22:41:28 for 2 minutes.

No Pauses exceeding 2.5 seconds were noted.

247 Ventricular ectopics, which represented 0.27% of the total beat count, were noted. Ventricular ectopics were observed as 195 isolated beat(s) and as 21 couplet(s). 2 runs were noted. 4 of the ventricular beats occurred in 1 bigeminal cycles. None of the ventricular beats occured in 0 trigeminal cycles.

32 Supraventricular ectopics, which represented < 0.1% of the total beat count, were noted.

1 episodes of ST depression (defined as -1.0 mm or more for longer than 1 minute) were noted in channel 3. The maximum depression of -1.1 mm occurred in channel 3 at 04:12.

Channel 1 was the Primary channel during the analysis.

*Reviewed by:* _____   *Date:* _____

_Patient name:_ _Wesley I Purkey_      _ID: 14679-045_      _Recording Time: 05/15/2019 09:00_      _Page 3 of 5_

## Hourly Tabular Report

| Time | Heart Rate | | | | Ventricular | | | SupraVentricular | | | Pause | Bigem | Trigem | RonT | STD (mm) | NA (min.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Avg | Min | Max | #QRS | VE | Pair | Run | SVE | Pair | Run | | | | | | |
| 09:00 | 65 | 54 | 91 | 3990 | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -0.1(3) | 0 |
| 10:00 | 66 | 49 | 86 | 4071 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -0.1(3) | 0 |
| 11:00 | 57 | 43 | 83 | 3509 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -0.1(3) | 0 |
| 12:00 | 63 | 45 | 78 | 3969 | 40 | 6 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | -0.1(3) | 0 |
| 13:00 | 67 | 51 | 133 | 4138 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -0.3(3) | 0 |
| 14:00 | 60 | 52 | 92 | 3717 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -0.2(3) | 0 |
| 15:00 | 63 | 51 | 84 | 3896 | 11 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | -0.3(3) | 0 |
| 16:00 | 60 | 48 | 81 | 3696 | 7 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | -0.3(3) | 0 |
| 17:00 | 59 | 48 | 87 | 3620 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -0.2(3) | 0 |
| 18:00 | 64 | 52 | 82 | 3945 | 9 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | -0.4(3) | 0 |
| 19:00 | 65 | 53 | 84 | 4089 | 29 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | -0.6(1) | 0 |
| 20:00 | 56 | 46 | 85 | 3399 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -0.8(3) | 0 |
| 21:00 | 53 | 38 | 85 | 3299 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -0.7(3) | 0 |
| 22:00 | 49 | 42 | 80 | 3029 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -0.4(3) | 0 |
| 23:00 | 53 | 44 | 85 | 3247 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -0.4(3) | 0 |
| 00:00 | 54 | 47 | 80 | 3291 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -0.6(3) | 0 |
| 01:00 | 54 | 48 | 88 | 3337 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -0.9(3) | 0 |
| 02:00 | 53 | 46 | 82 | 3220 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -0.9(3) | 0 |
| 03:00 | 52 | 48 | 89 | 3182 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | -0.8(3) | 0 |
| 04:00 | 60 | 48 | 88 | 3697 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1.1(3) | 0 |
| 05:00 | 76 | 59 | 96 | 4625 | 7 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | -0.2(3) | 0 |
| 06:00 | 68 | 55 | 103 | 4177 | 5 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | -0.2(3) | 0 |
| 07:00 | 69 | 55 | 107 | 4236 | 8 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | -0.2(3) | 0 |
| 08:00 | 78 | 56 | 115 | 4958 | 22 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | -0.2(3) | 0 |
| 09:00 | 0 | 0 | 0 | 883 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0(1) | 0 |
| Summary | 61 | 38 | 133 | 91220 | 195 | 21 | 2 | 2 | 12 | 1 | 0 | 1 | 0 | 0 | -1.1 | 0 |

## Measurement Criteria

| | |
|---|---|
| Analyzed: | All channels. |
| Total Beats: | Total number of beats excludes artifact. |
| Heart Rate: | Average, minimum and maximum heart rates are based on 1 minute averages of each hour. |
| VE: | Isolated ventricular beats. |
| VE Pair: | Two successive VE beats. |
| V Run: | Three or more successive VE beats. |
| SVE: | Isolated supraventricular beats. |
| SVE Pair: | Two successive premature SVE beats. |
| SV Run: | Three or more successive premature SVE beats. |
| Pause: | No detected beat occurs for an R-R interval which exceeds the threshold value. |
| Bigeminy: | Bigeminy pattern for at least 6 beats. |
| Trigeminy: | Trigeminy pattern for at least 9 beats. |
| R on T: | VE within the QT interval of a normal beat. |
| ST Level: | Maximum Delta ST (minute average) of normal beats with respective lead in (). |
| No Analysis: | Sections of recording containing excessive artifact, where no analysis was performed (minutes). |

Printed: June 11, 2019 15:51      Midmark Diagnostics Group      IQmark EZ Holter Version 1.0.1

Patient name:  Wesley I Purkey        ID: 14679-045        Recording Time: 05/15/2019 09:00        Page 4 of 5

## Arrhythmia Report

| Ventricular | | SupraVentricular | |
|---|---|---|---|
| Total: 247 ( 0.27% of all beats ) | | Total: 32 ( 0.04% of all beats ) | |
| Average VEs per 1000 beats | 2.7 | Average SVEs per 1000 beats | 0.4 |
| Average VEs per hour | 10.3 | Average SVEs per hour | 1.3 |
| Average VEs per minute | 0.2 | Average SVEs per minute | 0.0 |
| Maximum in hour | 52 at 12:00 | Maximum in hour | 6 at 06:00 |
| Maximum in minute | 16 at 08:23 | Maximum in minute | 6 at 06:57 |



Printed: June 11, 2019 15:51                Midmark Diagnostics Group                IQmark EZ Holter Version 7.0.1

Patient name: *Wesley I Purkey*    ID: *14679-045*    Recording Time: *05/15/2019 09:00*    Page 5 of 5

## Heart Rate Trend





High Heart Rate: 13:45:20 05/15  133 BPM    Maximum Heart Rate 133    25mm/sec



Low Heart Rate: 21:24:40 05/15  38 BPM    Minimum Heart Rate 38    25mm/sec

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | ███████ | Sex: | M | Race: | WHITE |
| Scanned Date: | 06/14/2019 09:23 EST | | | Facility: | THP |

**Reviewed by Wilson, William E. MD/CD on 08/13/2019 10:04.**



X03-409

**U.S. Department of Justice**
Federal Bureau of Prisons

USP/FCI/FPC Terre Haute
4700 Bureau Rd. South
Terre Haute, IN 47802

---

USP/FCI/FPC TERRE HAUTE
Health Services Department

Institution Issued Prescription Eyeglass Memo of Acknowledgment

Purkey, Wesley                         14679-045
(PRINT NAME)                           (Reg. Number)

You have received a pair of eyeglasses from the Health Services Department on 5/16/19.
It is your responsibility to care for these eyeglasses. If they become lost, stolen, broken or
mistreated in any way, prior to your 2 year routine examination, replacement eyeglasses can be
purchased at your expense. Replacement eyeglasses will be determined on an individual basis.
Broken glasses **must be presented** to the Health Services Assistant, or designee, to be
considered for replacement.

X  _____
Inmate Signature

_____        _____
Staff Witness Printed Name              Staff Witness Signature

Cc: Inmate BEMR Document Manager
    Health Services File

Case 2:19-cv-00541-JMS-DLP   Document 21-4   Filed 01/27/20   Page 57 of 57 PageID #: 169

05/03/2019 5:14:14

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
SHORT QT INTERVAL

ID:    #STAT#190503051414

Summary: BORDERLINE ECG          * Unconfirmed Analysis *

D.O.B.:
Meds:   *Purkey, Wesley*
Class:
Dr:     *14679-045*
Tech:   *DOB*

| | |
|---|---|
| Vent. Rate: | 60 bpm |
| RR Interval: | 990 ms |
| PR Interval: | 176 ms |
| QRS Duration: | 88 ms |
| QT Interval: | 350 ms |
| QTc Interval: | 350 ms |
| QT Dispersion: | 38 ms |
| P-R-T AXIS: | 65°  41°  45° |

USP
TERRE HAUTE, IN 47808

JMayRN/JMayRN



L: 10 mm/mV
C: 10 mm/mV
BDK 716-0237-00        QTc=Hodges        Atria 3000 Int ref#20050202AE(0004)        Serial #:A3000-007489        25 mm/s        STABLE 40 Hz