UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                    )
                                     )
            Plaintiff,               )
                                     )
       v.                            )       No. 2:19-cv-00541-JMS-DLP
                                     )
J.T. WATSON, et al.                  )
                                     )
            Defendants.              )

**ENTRY DENYING WITH PREJUDICE MOTION TO RECONSIDER**

The Court has ordered that Wesley Purkey need not prepay the filing fee in this action because it has been consolidated with case 2:19-cv-00355-JMS-DLP. *See* dkt. 18. The defendants ask the Court to reconsider that ruling because (a) they wish to undo the consolidation, and (b) they believe Mr. Purkey failed to allege that he "is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Mr. Purkey alleges that the defendants have shined a flashlight in his cell and woken him up every fifteen minutes since July 25, 2019. Dkt. 2 at ¶ 29. Mr. Purkey alleges that this extreme and prolonged sleep deprivation has caused him, among other symptoms, severe chest pains and headaches. *Id.* at ¶ 31.

The Court will not decide the defendants' motion that the actions be severed, *see* dkt. 22, until Mr. Purkey has had an opportunity to respond. However, the defendants' contention that Mr. Purkey has not alleged an imminent danger of serious injury is wholly meritless. The motion to reconsider, dkt. [21], is **denied with prejudice**. Whether or not Mr. Purkey's sleep-

deprivation claim continues to proceed in 2:19-cv-00355-JMS-DLP or in this action, he is

eligible to pursue it *in forma pauperis* under § 1915(g).

**IT IS SO ORDERED.**


Date: 1/29/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana


Distribution:

WESLEY I. PURKEY
14679-045
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Gina M. Shields
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
Gina.Shields@usdoj.gov