UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                        )
                                         )
        Plaintiff,                       )
                                         )
        v.                               )        Cause No. 2:19-cv-00541-JMS-DLP
                                         )
J.T. WATSON, *Complex Warden*,           )
TAYLOR, *Captain*,                       )
                                         )
        Defendants.                      )

**DEFENDANTS' MOTION TO DISMISS FOR FAILURE
TO STATE A CLAIM OR, IN THE ALTERNATIVE, FOR
SUMMARY JUDGMENT ON FAILURE TO EXHAUST DEFENSE**

Defendants, Complex Warden Thomas J. Watson and Captain Timothy Taylor, in their

individual capacities, by counsel, respectfully move this Court to dismiss Plaintiff Wesley I.

Purkey's ("Purkey") Complaint under Federal Rules of Civil Procedure 12(b)(6) for failure to

state a claim pursuant to *Ziglar v. Abbasi*, 137 S. Ct. 1843 (2017), and the doctrine of qualified

immunity.  In the alternative, because Purkey failed to exhaust his mandatory administrative

remedies before bringing these claims in court, Defendants move for summary judgment on their

failure to exhaust defense under Federal Rule of Civil Procedure 56(c).

In support of this motion, Defendants contemporaneously file their Brief in Support of

Defendants' Motion to Dismiss for Failure to State a Claim or, in the Alternative, for Summary

Judgment on Failure to Exhaust Defense.

Should the Court consider Defendants' alternative Motion for Summary Judgment on

Failure to Exhaust Defense, Defendants designate the following evidence, which is incorporated

by reference and made a part hereof:

1.    Plaintiff's Civil Rights Complaint [Filing No. 2];

2.    Declaration of Jenna Epplin, attached to this motion as Defendants' Exhibit A [Filing No. 24-1], and its attachments:

    a.    Epplin Declaration Attachment 1, SENTRY Inmate History - Quarters [Filing No. 24-2];

    b.    Epplin Declaration Attachment 2, SENTRY Public Information Inmate Data [Filing No. 24-3];

    c.    Epplin Declaration Attachment 3, SENTRY Administrative Remedy Generalized Retrieval (Full) for Wesley I. Purkey [Filing No. 24-4];

    d.    Epplin Declaration Attachment 4, SENTRY Administrative Remedy Generalized Retrieval for Wesley I. Purkey from July 1, 2019, through February 18, 2020 [Filing No. 24-5];

    e.    Epplin Declaration Attachment 5, Documents Related to Administrative Remedy No. 987526-F1 [Filing No. 24-6];

    f.    Epplin Declaration Attachment 6, Documents Related to Administrative Remedy No. 989446-A2 [Fling No. 24-7];

    g.    Epplin Declaration Attachment 7, Documents Related to Administrative Remedy No. 988996-F1 [Filing No. 24-8];

    h.    Epplin Declaration Attachment 8, Documents Related to Administrative Remedy No. 990352-F1 [Filing No. 24-9];

    i.    Epplin Declaration Attachment 9, Documents Related to Administrative Remedy Nos. 991828-F1 & 991828-R1 [Filing No. 24-10];

j.      Epplin Declaration Attachment 10, Documents Related to Administrative Remedy No. 991870-F1 [Filing No. 24-11];

k.      Epplin Declaration Attachment 11, Documents Related to Administrative Remedy No. 991871-F1 [Filing No. 24-12];

l.      Epplin Declaration Attachment 12, Documents Related to Administrative Remedy No. 994432-F2 [Filing No. 24-13];

m.      Epplin Declaration Attachment 13, Documents Related to Administrative Remedy No. 997436-A1 [Filing No. 24-14];

n.      Epplin Declaration Attachment 14, Documents Related to Administrative Remedy No. 998039-F1 [Filing No. 24-15];

o.      Epplin Declaration Attachment 15, Documents Related to Administrative Remedy No. 998612-F1 [Filing No. 24-16];

p.      Epplin Declaration Attachment 16, Documents Related to Administrative Remedy No. 998039-R1 [Filing No. 24-17];

q.      Epplin Declaration Attachment 17, Documents Related to Administrative Remedy No. 1003236-F1 [Filing No. 24-18]; and

r.      Epplin Declaration Attachment 18, Documents Related to Administrative Remedy No. 1003480-F1 [Filing No. 24-19].

WHEREFORE, Defendants, Complex Warden Thomas J. Watson and Captain Timothy Taylor, in their individual capacities, by counsel, respectfully request that the Court dismiss Plaintiff Wesley I. Purkey's Complaint in its entirety for failure to state a claim, or in the alternative, grant summary judgment in their favor on their failure to exhaust defense along with all other just and proper relief.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:    *s/ Gina M. Shields*
       Gina M. Shields
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020, a copy of the foregoing *Defendants' Motion to Dismiss for Failure to State a Claim or, in the Alternative, or Summary Judgment on Failure to Exhaust Defense* was filed electronically. Service of this filing will be made on the following ECF-registered counsel via electronic mail:[1]

John R. Maley
BARNES & THORNBURG, LLP
jmaley@btlaw.com

*s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204

---

[1] Given the current uncertainty of Mr. Purkey's representation status in this matter [*see* Filing No. 20 at ¶ 9], and as to not run afoul of Indiana Rule of Professional Conduct 4.2 (and after consulting with Mr. Maley), undersigned counsel has not served a copy of this filing on Mr. Purkey directly, but only on Mr. Maley, via email.

4