DEFENDANTS' EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:19-cv-00541-JMS-DLP |
| | ) | |
| T. J. WATSON, *Complex Warden*, | ) | |
| T. TAYLOR, *Captain*, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF JENNA EPPLIN

I, Jenna Epplin, hereby declare and state the following:

1.      I am the Camp Administrator and Acting Executive Assistant at the Federal Correctional Complex in Terre Haute, Indiana ("FCC Terre Haute").   I began employment with the Federal Bureau of Prisons ("BOP") in June 2002.   As a part of my responsibilities, I also serve as the Administrative Remedy Coordinator.   Accordingly, I am familiar with BOP policies and procedures surrounding the administrative remedy program.

2.      Pursuant to my official duties, I have access to records maintained by the BOP in the ordinary course of business, including records showing where inmates in the BOP are housed and records pertaining to administrative remedy requests submitted by inmates.   All records attached to this declaration are true and correct copies of records kept in the regular course of business of the BOP.

3.      Plaintiff Wesley I. Purkey ("Purkey"), Register Number 14679-045, is a federal inmate currently incarcerated within the Special Confinement Unit ("SCU") at the United States Penitentiary in Terre Haute, Indiana, which is the high security component of FCC Terre Haute. *See* Attachment 1, *SENTRY Inmate History - Quarters*, at 1.   Purkey is serving a death sentence

imposed by the United States District Court for the Western District of Missouri for kidnapping for the purposes of rape resulting in the death of the victim. *See* Attachment 2, *SENTRY Public Information Inmate Data*.

4.    Purkey has been in BOP custody since approximately February 22, 2002. *See generally* Attachment 1. For the majority of that time, Purkey has been housed within the SCU at USP Terre Haute. *See id.* at 1-2.

5.    The BOP has promulgated an administrative remedy system that appears at 28 C.F.R. § 542, and BOP Program Statement 1330.18, Administrative Remedy Program.[1] This administrative remedy system has been in effect at FCC Terre Haute throughout Purkey's incarceration there. Administrative remedy filing procedures are outlined and explained to inmates each time they arrive at a federal prison as part of the Admission and Orientation process. All unrestricted BOP Program Statements are also available for inmate access via their respective institution law library. Inmates are instructed where to find BOP Policy, FCC Terre Haute Institution Supplements, and how to access the inmate Electronic Law Library. Finally, inmates are informed that if they have an issue or question for staff, they can ask in person or submit an Inmate Request to Staff by hard copy or electronically to a staff resource mailbox.

6.    All administrative remedy requests submitted by inmates are logged and tracked in the SENTRY computer database, a BOP electronic record keeping system.

7.    Each entry in the SENTRY database contains a short summary of the issue as to which the inmate is requesting formal review by BOP staff members. That data entry field has limited space. Accordingly, staff members frequently use abbreviations to identify familiar

---

[1] A full copy of this program statement can be obtained on the BOP website at *https://www.bop.gov/policy/progstat/1330.018.pdf.*

issues.

8.    Administrative remedy requests submitted at the institution level are referred to as BP-9s.  BP-9s are identified in the SENTRY database by the notation "F1" following the remedy identification number.  Regional Office submissions are referred to as BP-10s, and are identified by the notation "R1" following the remedy identification number.  Central Office submissions are referred to as BP-11s, and are identified by the notation "A1" following the remedy identification number.  If amended or successive submissions are submitted at the same level, the numeral following the alphabetical letter will change accordingly.  For example, a second filing at the institution, Regional Office or Central Office would be identified in SENTRY, respectively, by the notation "F2," "R2," or "A2" following the remedy identification number.  Rejected submissions are not considered "filed" and copies are not required to be maintained by the agency unless the submission was deemed "sensitive."

9.    In order to retrieve information concerning all administrative remedies submitted by a prisoner, a staff member can access "Administrative Remedy Generalized Retrieval" information through the SENTRY database.  This information is obtained by directing the system to print copies of remedies that were submitted under the prisoner's Federal Register Number.

10.    On February 18, 2020, the SENTRY database was directed to create a summary of administrative remedy requests submitted under Purkey's Federal Register Number, 14679-045.  *See* Attachment 3, *SENTRY Administrative Remedy Generalized Retrieval.*

11.    According to the SENTRY database printout, during his incarceration within the BOP, Purkey has submitted approximately 560 administrative remedies.  *See generally* Attachment 3.  Based on a review of the SENTRY database printout, it appears that Purkey has

3

exhausted numerous remedy cases. *See id.*

12. The SENTRY database was also directed to create a summary of administrative remedy requests that Purkey submitted from July 1, 2019, through February 18, 2020. *See* Attachment 4, *SENTRY Administrative Remedy Generalized Retrieval for Purkey from 7.1.2019 through 2.18.2020.* This printout reveals that Purkey submitted approximately 22 remedies during this time period, one of which was voided and several of which were rejected. *See generally id.*; *see also* Attachments 5 to 18. Between July 25, 2019, and October 28, 2019, Purkey submitted approximately 11 administrative remedies.[2] *See generally* Attachment 4 at 2-8. In three of those remedies submitted during this period—Remedy No. 987526-F1, Remedy No. 991828-F1, and Remedy No. 991870-F1—Purkey complains about frequent rounds in the SCU that are purportedly causing him sleep deprivation. *See* Attachment 5, *Documents Related to Remedy No. 987526-F1*; Attachment 9, *Documents Related to Remedy Nos. 991828-F1 & 991828-R1*; Attachment 10, *Documents Related to Remedy No. 991870-F1.*

13. Purkey filed Remedy No. 987256-F1 at the institutional level on August 14, 2019. *See* Attachment 4 at 2; Attachment 5 at 1-3. FCC Terre Haute Warden T.J. Watson responded on November 18, 2019. *See* Attachment 4 at 2; Attachment 5 at 4. Purkey did not appeal this response to the Regional Director or attempt any more submissions related to this remedy case. *See generally* Attachment 4.

14. On September 18, 2019, Purkey submitted Remedy No. 991828-F1 at the institution level. *See* Attachment 4 at 5; Attachment 9 at 1-6. The remedy was rejected as repetitive to Remedy No. 987526-F1. *See* Attachment 4 at 5; Attachment 9 at 6. Purkey

---

[2] The SENTRY database notes that Remedy No. 989446-A1 was "voided to accept this appeal. See 989446-A2." *See* Attachment 4 at 3. Accordingly, this voided remedy is not included in this count.

4

appealed the rejection to the Regional Director on October 10, 2019. *See* Attachment 4 at 7; Attachment 9 at 7-10. The Regional Director responded on December 20, 2019. *See* Attachment 4 at 7; Attachment 9 at 11. Purkey did not appeal this response to the Central Office or attempt any more submissions related to this remedy case. *See generally* Attachment 4.

15.    On September 20, 2019, Purkey filed Remedy No. 991870-F1 at the institution level. *See* Attachment 4 at 5; Attachment 10 at 1-4. Complex Warden Watson responded to this remedy on November 8, 2019. *See* Attachment 4 at 5; Attachment 10 at 5. Purkey did not appeal this response to the Regional Director or attempt any more submissions related to this remedy case. *See generally* Attachment 4.

16.    On November 20, 2019, Purkey filed Remedy No. 998039-F1 at the institution level. *See* Attachment 4 at 9; Attachment 14 at 1-4. Complex Warden Watson denied this remedy on December 5, 2019. *See* Attachment 4 at 9; Attachment 14 at 5. Purkey appealed the Warden's response to the Regional Director on December 17, 2019. *See* Attachment 4 at 11; Attachment 16 at 6. The Regional Director responded on January 30, 2020. *See* Attachment 4 at 11; Attachment 16 at 7. As of February 18, 2020, Purkey had not attempted any more submissions related to this remedy case. *See generally* Attachment 4.

**I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.**

Executed this 27th day of February, 2020.

Jenna Epplin
Camp Administrator
Acting Executive Assistant
Federal Correctional Complex
Terre Haute, Indiana

5