```
THABO  531.01 *              INMATE HISTORY           *    02-18-2020
PAGE 001        *              QUARTERS                *    13:32:52


   REG NO..: 14679-045 NAME....: PURKEY, WESLEY IRA
   CATEGORY: QTR        FUNCTION: PRT         FORMAT:


FCL    ASSIGNMENT  DESCRIPTION                    START DATE/TIME STOP   DATE/TIME
THP    X02-411L    HOUSE X/RANGE 02/BED 411L      01-17-2020 0727 CURRENT
THP    X02-414L    HOUSE X/RANGE 02/BED 414L      12-10-2019 0918 01-17-2020 0727
THP    X01-304L    HOUSE X/RANGE 01/BED 304L      10-24-2019 0820 12-10-2019 0918
THP    X01-313L    HOUSE X/RANGE 01/BED 313L      07-25-2019 1007 10-24-2019 0820
THP    X02-415L    HOUSE X/RANGE 02/BED 415L      05-30-2019 0733 07-25-2019 1007
THP    X02-416L    HOUSE X/RANGE 02/BED 416L      05-16-2019 0906 05-30-2019 0733
THP    X03-409L    HOUSE X/RANGE 03/BED 409L      05-03-2019 1437 05-16-2019 0906
THP    X03-410L    HOUSE X/RANGE 03/BED 410L      02-01-2019 1016 05-03-2019 1437
THP    X03-411L    HOUSE X/RANGE 03/BED 411L      11-02-2018 1206 02-01-2019 1016
THP    X03-403L    HOUSE X/RANGE 03/BED 403L      08-03-2018 1505 11-02-2018 1206
THP    X03-419L    HOUSE X/RANGE 03/BED 419L      05-24-2018 1218 08-03-2018 1505
THP    X03-403L    HOUSE X/RANGE 03/BED 403L      05-08-2018 0709 05-24-2018 1218
THP    X03-404L    HOUSE X/RANGE 03/BED 404L      02-09-2018 1120 05-08-2018 0709
THP    X03-403L    HOUSE X/RANGE 03/BED 403L      11-13-2017 0730 02-09-2018 1120
THP    X03-404L    HOUSE X/RANGE 03/BED 404L      08-11-2017 0730 11-13-2017 0730
THP    X03-403L    HOUSE X/RANGE 03/BED 403L      05-17-2017 0624 08-11-2017 0730
THP    X03-406L    HOUSE X/RANGE 03/BED 406L      02-17-2017 1134 05-17-2017 0624
THP    X03-403L    HOUSE X/RANGE 03/BED 403L      11-19-2016 2218 02-17-2017 1134
THP    X03-406L    HOUSE X/RANGE 03/BED 406L      08-18-2016 1221 11-19-2016 2218
THP    X03-404L    HOUSE X/RANGE 03/BED 404L      06-03-2016 1305 08-18-2016 1221
THP    X03-408L    HOUSE X/RANGE 03/BED 408L      05-27-2016 0953 06-03-2016 1305
THP    X03-411L    HOUSE X/RANGE 03/BED 411L      04-11-2016 1304 05-27-2016 0953
THP    X02-412L    HOUSE X/RANGE 02/BED 412L      02-21-2016 2320 04-11-2016 1304
THP    X02-417L    HOUSE X/RANGE 02/BED 417L      12-17-2015 1232 02-21-2016 2320
THP    X02-408L    HOUSE X/RANGE 02/BED 408L      08-11-2015 1303 12-17-2015 1232
THP    X03-403L    HOUSE X/RANGE 03/BED 403L      06-08-2015 1042 08-11-2015 1303
THP    X03-404L    HOUSE X/RANGE 03/BED 404L      03-06-2015 1000 06-08-2015 1042
THP    X03-403L    HOUSE X/RANGE 03/BED 403L      11-22-2014 1000 03-06-2015 1000
THP    X03-404L    HOUSE X/RANGE 03/BED 404L      08-09-2014 1000 11-22-2014 1000
THP    X03-403L    HOUSE X/RANGE 03/BED 403L      04-26-2014 1000 08-09-2014 1000
THP    X03-404L    HOUSE X/RANGE 03/BED 404L      01-18-2014 0900 04-26-2014 1000
THP    X03-416L    HOUSE X/RANGE 03/BED 416L      09-27-2013 0146 01-18-2014 0900
THP    X03-404L    HOUSE X/RANGE 03/BED 404L      06-13-2013 1500 09-27-2013 0146
THP    X01-401L    HOUSE X/RANGE 01/BED 401L      05-16-2013 1438 06-13-2013 1500
THP    X01-404L    HOUSE X/RANGE 01/BED 404L      05-09-2013 0930 05-16-2013 1438
THP    X01-401L    HOUSE X/RANGE 01/BED 401L      04-08-2013 1535 05-09-2013 0930
THP    X03-308L    HOUSE X/RANGE 03/BED 308L      03-02-2013 1000 04-08-2013 1535
THP    X03-309L    HOUSE X/RANGE 03/BED 309L      12-01-2012 1500 03-02-2013 1000
THP    X03-310L    HOUSE X/RANGE 03/BED 310L      08-11-2012 0900 12-01-2012 1500
THP    X03-304L    HOUSE X/RANGE 03/BED 304L      05-12-2012 2027 08-11-2012 0900
THP    X03-305L    HOUSE X/RANGE 03/BED 305L      02-02-2012 1413 05-12-2012 2027


G0002      MORE PAGES TO FOLLOW . . .
```

**ATTACHMENT 1**

```
THABO  531.01 *              INMATE HISTORY              *    02-18-2020
PAGE 002       *                QUARTERS                *    13:32:52


  REG NO..: 14679-045 NAME....: PURKEY, WESLEY IRA
  CATEGORY: QTR        FUNCTION: PRT         FORMAT:


FCL    ASSIGNMENT  DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
THP    X03-306L    HOUSE X/RANGE 03/BED 306L    12-29-2011 2116 02-02-2012 1413
THP    X03-403L    HOUSE X/RANGE 03/BED 403L    10-22-2011 1000 12-29-2011 2116
THP    X03-404L    HOUSE X/RANGE 03/BED 404L    07-23-2011 0001 10-22-2011 1000
THP    X03-403L    HOUSE X/RANGE 03/BED 403L    04-23-2011 0001 07-23-2011 0001
THP    X03-407L    HOUSE X/RANGE 03/BED 407L    01-15-2011 1000 04-23-2011 0001
THP    X03-408L    HOUSE X/RANGE 03/BED 408L    10-15-2010 0921 01-15-2011 1000
THP    X03-402L    HOUSE X/RANGE 03/BED 402L    07-12-2010 0828 10-15-2010 0921
THP    X03-401L    HOUSE X/RANGE 03/BED 401L    03-12-2010 1513 07-12-2010 0828
THP    X03-420L    HOUSE X/RANGE 03/BED 420L    11-16-2009 0940 03-12-2010 1513
THP    X03-402L    HOUSE X/RANGE 03/BED 402L    08-18-2009 1214 11-16-2009 0940
THP    X03-404L    HOUSE X/RANGE 03/BED 404L    04-25-2009 0828 08-18-2009 1214
THP    X03-403L    HOUSE X/RANGE 03/BED 403L    01-03-2009 0930 04-25-2009 0828
THP    X03-406L    HOUSE X/RANGE 03/BED 406L    11-14-2008 1412 01-03-2009 0930
THP    X03-404L    HOUSE X/RANGE 03/BED 404L    10-12-2008 1300 11-14-2008 1412
THP    X03-405L    HOUSE X/RANGE 03/BED 405L    07-12-2008 1511 10-12-2008 1300
THP    X03-406L    HOUSE X/RANGE 03/BED 406L    07-08-2008 1340 07-12-2008 1511
THP    X03-405L    HOUSE X/RANGE 03/BED 405L    05-09-2008 1248 07-08-2008 1340
THP    X03-404L    HOUSE X/RANGE 03/BED 404L    02-01-2008 1355 05-09-2008 1248
THP    X03-405L    HOUSE X/RANGE 03/BED 405L    11-30-2007 1318 02-01-2008 1355
THP    X03-303L    HOUSE X/RANGE 03/BED 303L    08-29-2007 1914 11-30-2007 1318
THP    X03-309L    HOUSE X/RANGE 03/BED 309L    06-01-2007 1126 08-29-2007 1914
THP    X03-313L    HOUSE X/RANGE 03/BED 313L    05-18-2007 1424 06-01-2007 1126
THP    X03-309L    HOUSE X/RANGE 03/BED 309L    01-31-2007 0850 05-18-2007 1424
THP    X03-306L    HOUSE X/RANGE 03/BED 306L    01-16-2007 1344 01-31-2007 0850
THP    X03-315L    HOUSE X/RANGE 03/BED 315L    12-04-2006 1337 01-16-2007 1344
THP    X03-308L    HOUSE X/RANGE 03/BED 308L    11-27-2006 1310 12-04-2006 1337
THP    X03-306L    HOUSE X/RANGE 03/BED 306L    10-17-2006 0837 11-27-2006 1310
THP    X03-304L    HOUSE X/RANGE 03/BED 304L    06-06-2006 0933 10-17-2006 0837
THP    X03-303L    HOUSE X/RANGE 03/BED 303L    11-17-2005 1652 06-06-2006 0933
THP    X01-310L    HOUSE X/RANGE 01/BED 310L    10-25-2005 1857 11-17-2005 1652
THP    X03-303L    HOUSE X/RANGE 03/BED 303L    09-26-2005 2201 10-25-2005 1857
THP    X03-316L    HOUSE X/RANGE 03/BED 316L    07-12-2005 0946 09-26-2005 2201
THA    D03-028L    HOUSE D/RANGE 03/BED 028L    12-29-2004 1922 07-12-2005 0945
THA    D01-007L    HOUSE D/RANGE 01/BED 007L    08-25-2004 1739 12-29-2004 1922
THA    D03-026L    HOUSE D/RANGE 03/BED 026L    06-09-2004 1645 08-25-2004 1739
THA    D03-027L    HOUSE D/RANGE 03/BED 027L    02-13-2004 1039 06-09-2004 1645
THA    D01-002L    HOUSE D/RANGE 01/BED 002L    02-09-2004 1250 02-13-2004 1039
LVN    ADM DET     ADMINISTRATIVE DETENTION     01-23-2004 1215 02-09-2004 0804
LVN    ADM DET     ADMINISTRATIVE DETENTION     11-19-2003 1631 01-23-2004 0744
LVN    ADM DET     ADMINISTRATIVE DETENTION     11-18-2003 1720 11-19-2003 0743
LVN    ADM DET     ADMINISTRATIVE DETENTION     11-17-2003 1722 11-18-2003 0801




G0002        MORE PAGES TO FOLLOW . . .
```

```
THABO  531.01 *              INMATE HISTORY          *    02-18-2020
PAGE 003 OF 003 *             QUARTERS               *    13:32:52


  REG NO..: 14679-045 NAME....: PURKEY, WESLEY IRA
  CATEGORY: QTR        FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
LVN    R01-001L   HOUSE R/RANGE 01/BED 001L  11-17-2003 1625 11-17-2003 1722
LVN    ADM DET    ADMINISTRATIVE DETENTION   11-14-2003 1652 11-17-2003 0700
LVN    ADM DET    ADMINISTRATIVE DETENTION   11-13-2003 1728 11-14-2003 0712
LVN    ADM DET    ADMINISTRATIVE DETENTION   11-12-2003 1730 11-13-2003 0703
LVN    ADM DET    ADMINISTRATIVE DETENTION   11-12-2003 0701 11-12-2003 0702
LVN    ADM DET    ADMINISTRATIVE DETENTION   11-10-2003 1733 11-12-2003 0657
LVN    ADM DET    ADMINISTRATIVE DETENTION   11-05-2003 1608 11-10-2003 0654
LVN    ADM DET    ADMINISTRATIVE DETENTION   11-04-2003 1534 11-05-2003 0842
LVN    ADM DET    ADMINISTRATIVE DETENTION   11-03-2003 1518 11-04-2003 0702
LVN    ADM DET    ADMINISTRATIVE DETENTION   10-31-2003 1509 11-03-2003 0708
LVN    ADM DET    ADMINISTRATIVE DETENTION   10-30-2003 1820 10-31-2003 0648
LVN    ADM DET    ADMINISTRATIVE DETENTION   10-29-2003 1655 10-30-2003 0937
LVN    ADM DET    ADMINISTRATIVE DETENTION   10-28-2003 1711 10-29-2003 0721
LVN    ADM DET    ADMINISTRATIVE DETENTION   10-28-2003 1707 10-28-2003 1709
LVN    ADM DET    ADMINISTRATIVE DETENTION   10-16-2003 1438 10-28-2003 0708
LVN    ADM DET    ADMINISTRATIVE DETENTION   10-03-2003 1622 10-16-2003 0815
LVN    ADM DET    ADMINISTRATIVE DETENTION   10-01-2003 1535 10-03-2003 0838
LVN    ADM DET    ADMINISTRATIVE DETENTION   09-12-2003 1419 10-01-2003 0833
LVN    R01-001L   HOUSE R/RANGE 01/BED 001L  09-12-2003 0631 09-12-2003 0821
LVN    ADM DET    ADMINISTRATIVE DETENTION   06-04-2003 1504 09-12-2003 0631
LVN    R01-001L   HOUSE R/RANGE 01/BED 001L  06-04-2003 1116 06-04-2003 1504
OKL    Z01-709LAD HOUSE Z/RANGE 01/BED 709L AD 06-19-2002 1858 06-20-2002 0945
OKL    R01-001L   HOUSE R/RANGE 01/BED 001L  06-19-2002 1540 06-19-2002 1858
RCH    S02-226LAD HOUSE S/RANGE 02/BED 226L AD 05-31-2002 1246 06-19-2002 1300
RCH    S02-235LAD HOUSE S/RANGE 02/BED 235L AD 05-16-2002 1546 05-31-2002 1246
RCH    R01-001L   RECEIVING & DISCHARGE      05-16-2002 1359 05-16-2002 1546
SPG    10-E       WARD 10-E                  02-22-2002 1435 03-26-2002 0843
SPG    R & D      RECEIVING AND DISCHARGE    02-22-2002 1344 02-22-2002 1435




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```