```
THABO            *          PUBLIC INFORMATION        *      02-18-2020
PAGE 001         *            INMATE DATA             *      13:27:46
                          AS OF 02-18-2020


REGNO..: 14679-045 NAME: PURKEY, WESLEY IRA


                     RESP OF: THP
                     PHONE..: 812-244-4400    FAX: 812-244-4791
                                              RACE/SEX...: WHITE / MALE
                                              AGE:  68
PROJ REL MT: DEATH SENTENCE                   PAR ELIG DT: N/A
PROJ REL DT: DEATH SENT                       PAR HEAR DT:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

**ATTACHMENT 2**

```
THABO              *        PUBLIC INFORMATION          *      02-18-2020
PAGE 002           *            INMATE DATA             *      13:27:46
                            AS OF 02-18-2020


REGNO..: 14679-045 NAME: PURKEY, WESLEY IRA


                     RESP OF: THP
                     PHONE..: 812-244-4400    FAX: 812-244-4791
THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  DEATH SENT

---------------------CURRENT JUDGMENT/WARRANT NO: 030 -----------------------

COURT OF JURISDICTION...........: MISSOURI, WESTERN DISTRICT
DOCKET NUMBER...................: 01-00308-01-CR-W-FJG
JUDGE...........................: GAITAN
DATE SENTENCED/PROBATION IMPOSED: 01-23-2004
DATE COMMITTED..................: 02-09-2004
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $100.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  211    18:1201 KIDNAPING
OFF/CHG: T18:1201(A),(G),& 3559(D); KIDNAPPING FOR THE PURPOSE OF RAPE
         RESULTING IN DEATH OF THE VICTIM

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.: DEATH
 CLASS OF OFFENSE...............: CLASS A FELONY
 DATE OF OFFENSE................: 01-22-1998




G0002       MORE PAGES TO FOLLOW . . .
```

```
  THABO          *          PUBLIC INFORMATION          *     02-18-2020
PAGE 003 OF 003 *             INMATE DATA               *     13:27:46
                          AS OF 02-18-2020
```

REGNO..: 14679-045 NAME: PURKEY, WESLEY IRA

```
                    RESP OF: THP
                    PHONE..: 812-244-4400    FAX: 812-244-4791
------------------------CURRENT COMPUTATION NO: 030 -------------------------
```

COMPUTATION 030 WAS LAST UPDATED ON 02-02-2009 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-21-2006 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010

DATE COMPUTATION BEGAN..........: 01-23-2004
TOTAL TERM IN EFFECT............: DEATH
TOTAL TERM IN EFFECT CONVERTED..: DEATH
EARLIEST DATE OF OFFENSE........: 01-22-1998

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: N/A
EXPIRATION FULL TERM DATE.......: DEATH
TIME SERVED.....................:    16 YEARS     27 DAYS

PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: DEATH SENT

G0000        TRANSACTION SUCCESSFULLY COMPLETED
```