```
THABO                *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2020
PAGE 001 OF                                                              13:35:24
          FUNCTION: L-P SCOPE: REG    EQ 14679-045      OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM 07-01-2019 THRU 02-18-2020 DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____      ____      ____      ____      ____      ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
       PERSON: ___      ___      ___      ___      ___      ___
         TYPE: ___      ___      ___      ___      ___      ___
EVNT FACL: EQ ____      ____      ____      ____      ____      ____
RCV FACL.: EQ ____      ____      ____      ____      ____      ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002      MORE PAGES TO FOLLOW . . .
```

**ATTACHMENT 4**

```
THABO            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-18-2020
PAGE 002 OF      *                FULL SCREEN FORMAT            *     13:35:24


REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                QTR.: X02-411L   RCV OFC: THP
REMEDY ID: 984001-F1      SUB1: 18ZS SUB2:     DATE RCV:   07-08-2019
UNT  RCV..:SCU          QTR RCV.: X02-415L     FACL RCV: THP
UNT  ORG..:SCU          QTR ORG.: X02-415L     FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  1             RESP DUE:  SUN  07-28-2019
ABSTRACT.: PVS VISIT COMPLAINTS
STATUS DT: 07-30-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 07-12-2019
REMARKS..:




REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                QTR.: X02-411L   RCV OFC: THP
REMEDY ID: 987526-F1      SUB1: 34ZS SUB2:     DATE RCV:   08-14-2019
UNT  RCV..:SCU          QTR RCV.: X01-313L     FACL RCV: THP
UNT  ORG..:SCU          QTR ORG.: X01-313L     FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  1             RESP DUE:  TUE  09-03-2019
ABSTRACT.: STAFF COMPLAINT
STATUS DT: 11-18-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 08-15-2019
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
 THABO            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-18-2020
PAGE 003 OF        *             FULL SCREEN FORMAT               *     13:35:24


REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                QTR.: X02-411L    RCV OFC: BOP
REMEDY ID: 989446-A1      SUB1: 15ZM SUB2:     DATE RCV:   08-20-2019
UNT  RCV..:SCU           QTR RCV.: X01-313L    FACL RCV: THP
UNT  ORG..:SCU           QTR ORG.: X01-313L    FACL ORG: THP
EVT FACL.: THP    ACC LEV:  BOP  2                  RESP DUE:
ABSTRACT.: APPEAL METHOD OF EXECUTION
STATUS DT: 08-30-2019  STATUS CODE: VOD STATUS REASON:
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 08-30-2019
REMARKS..: VOIDED TO ACCEPT THIS APPEAL. SEE 989446-A2




REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                QTR.: X02-411L    RCV OFC: BOP
REMEDY ID: 989446-A2      SUB1: 15ZM SUB2:     DATE RCV:   08-20-2019
UNT  RCV..:SCU           QTR RCV.: X01-313L    FACL RCV: THP
UNT  ORG..:SCU           QTR ORG.: X01-313L    FACL ORG: THP
EVT FACL.: THP    ACC LEV:  BOP  2                  RESP DUE:  SAT  10-19-2019
ABSTRACT.: APPEAL METHOD OF EXECUTION
STATUS DT: 09-11-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 09-03-2019
REMARKS..:
```

```
 G0002       MORE PAGES TO FOLLOW . . .
```

```
THABO            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-18-2020
PAGE 004 OF       *              FULL SCREEN FORMAT              *     13:35:24


REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                QTR.: X02-411L   RCV OFC: THP
REMEDY ID: 988996-F1     SUB1: 18ZS SUB2:      DATE RCV:   08-27-2019
UNT  RCV..:SCU          QTR RCV.: X01-313L      FACL RCV: THP
UNT  ORG..:SCU          QTR ORG.: X01-313L      FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  1                 RESP DUE:  MON  09-16-2019
ABSTRACT.: VISITING PROCEDURES
STATUS DT: 11-21-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 08-28-2019
REMARKS..:




REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                QTR.: X02-411L   RCV OFC: THP
REMEDY ID: 990352-F1     SUB1: 28ZS SUB2:      DATE RCV:   09-04-2019
UNT  RCV..:SCU          QTR RCV.: X01-313L      FACL RCV: THP
UNT  ORG..:SCU          QTR ORG.: X01-313L      FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  1                 RESP DUE:  MON  10-14-2019
ABSTRACT.: CLAIMS SHOULD NOT HAVE HAD TO TALK TO PSYCHOLOGY
STATUS DT: 11-26-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 09-10-2019
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
  THABO           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-18-2020
PAGE 005 OF       *              FULL SCREEN FORMAT              *     13:35:24


REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                QTR.: X02-411L   RCV OFC: THP
REMEDY ID: 991828-F1      SUB1: 34ZS SUB2:      DATE RCV:   09-18-2019
UNT  RCV..:SCU           QTR RCV.: X01-313L     FACL RCV: THP
UNT  ORG..:SCU           QTR ORG.: X01-313L     FACL ORG: THP
EVT FACL.: THP    ACC LEV:  NCR  1                 RESP DUE:
ABSTRACT.: STAFF COMPLAINT
STATUS DT: 09-24-2019  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 09-24-2019
REMARKS..: REPETITIVE TO 987526-F1




REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                QTR.: X02-411L   RCV OFC: THP
REMEDY ID: 991870-F1      SUB1: 34ZS SUB2:      DATE RCV:   09-20-2019
UNT  RCV..:SCU           QTR RCV.: X01-313L     FACL RCV: THP
UNT  ORG..:SCU           QTR ORG.: X01-313L     FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  1                 RESP DUE:  THU  10-10-2019
ABSTRACT.: STAFF COMPLAINTS
STATUS DT: 11-08-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 09-24-2019
REMARKS..:
```

```
  G0002        MORE PAGES TO FOLLOW . . .
```

```
 THABO           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-18-2020
PAGE 006 OF       *             FULL SCREEN FORMAT          *       13:35:24


REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                QTR.: X02-411L   RCV OFC: THP
REMEDY ID: 991871-F1     SUB1: 26AS SUB2:      DATE RCV:   09-24-2019
UNT  RCV..:SCU          QTR RCV.: X01-313L     FACL RCV: THP
UNT  ORG..:SCU          QTR ORG.: X01-313L     FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  1             RESP DUE:  MON  10-14-2019
ABSTRACT.: STAFF COMPLAINTS
STATUS DT: 11-21-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:  DATE ENTD: 09-24-2019
REMARKS..:




REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                QTR.: X02-411L   RCV OFC: THP
REMEDY ID: 993117-F1     SUB1: 34ZS SUB2:      DATE RCV:   10-03-2019
UNT  RCV..:SCU          QTR RCV.: X01-313L     FACL RCV: THP
UNT  ORG..:SCU          QTR ORG.: X01-313L     FACL ORG: THP
EVT FACL.: THP    ACC LEV:                     RESP DUE:
ABSTRACT.: STAFF COMPLAINTS
STATUS DT: 10-04-2019  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 10-04-2019
REMARKS..: NO SPECIFIC COMPLAINT ON BP-9
```

```
 G0002       MORE PAGES TO FOLLOW . . .
```

```
  THABO          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2020
PAGE 007 OF      *                FULL SCREEN FORMAT                 *      13:35:24


REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                  QTR.: X02-411L   RCV OFC: NCR
REMEDY ID: 991828-R1      SUB1: 34ZS SUB2:       DATE RCV:   10-10-2019
UNT  RCV..:SCU          QTR RCV.: X01-313L       FACL RCV: THP
UNT  ORG..:SCU          QTR ORG.: X01-313L       FACL ORG: THP
EVT FACL.: THP    ACC LEV:  NCR  1                RESP DUE:  MON  12-09-2019
ABSTRACT.: STAFF COMPLAINT
STATUS DT: 12-30-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 10-18-2019
REMARKS..:




REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                  QTR.: X02-411L   RCV OFC: NCR
REMEDY ID: 993117-R1      SUB1: 34ZS SUB2:       DATE RCV:   10-18-2019
UNT  RCV..:SCU          QTR RCV.: X01-313L       FACL RCV: THP
UNT  ORG..:SCU          QTR ORG.: X01-313L       FACL ORG: THP
EVT FACL.: THP    ACC LEV:                        RESP DUE:
ABSTRACT.: STAFF COMPLAINTS
STATUS DT: 10-22-2019  STATUS CODE: REJ STATUS REASON: INS MSI
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 10-22-2019
REMARKS..: NO SPECIFIC COMPLAINT ON BP-9




G0002      MORE PAGES TO FOLLOW . . .
```

```
 THABO          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-18-2020
PAGE 008 OF       *              FULL SCREEN FORMAT              *    13:35:24


REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                QTR.: X02-411L    RCV OFC: THP
REMEDY ID: 994432-F1      SUB1: 34ZS SUB2:     DATE RCV:   10-19-2019
UNT  RCV..:SCU           QTR RCV.: X01-313L     FACL RCV: THP
UNT  ORG..:SCU           QTR ORG.: X01-313L     FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  2              RESP DUE:
ABSTRACT.: STAFF COMPLAINTS
STATUS DT: 10-19-2019  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 10-19-2019
REMARKS..: DELAY IN PROCESSING DUE TO ADMIN CLERK LEAVE;
           REPETITIVE TO 990352-F1




REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                QTR.: X02-411L    RCV OFC: THP
REMEDY ID: 994432-F2      SUB1: 34ZS SUB2: 26AS DATE RCV:   11-01-2019
UNT  RCV..:SCU           QTR RCV.: X01-304L     FACL RCV: THP
UNT  ORG..:SCU           QTR ORG.: X01-313L     FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  2              RESP DUE:  THU  11-21-2019
ABSTRACT.: STAFF COMPLAINTS AND MEDICAL CONCERNS
STATUS DT: 12-05-2019  STATUS CODE: CLO STATUS REASON: REP
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 11-01-2019
REMARKS..:
```

```
 G0002       MORE PAGES TO FOLLOW . . .
```

```
THABO           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-18-2020
PAGE 009 OF      *            FULL SCREEN FORMAT              *     13:35:24


REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                QTR.: X02-411L   RCV OFC: BOP
REMEDY ID: 997436-A1     SUB1: 33ZM SUB2: 15ZM DATE RCV:   11-05-2019
UNT  RCV..:SCU           QTR RCV.: X01-304L     FACL RCV: THP
UNT  ORG..:SCU           QTR ORG.: X01-304L     FACL ORG: THP
EVT FACL.: THP    ACC LEV:  BOP  1                 RESP DUE:  SAT  01-04-2020
ABSTRACT.: REASON FOR SELECTION EXECUTION DATE OF 12-13-19
STATUS DT: 12-09-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 11-19-2019
REMARKS..:




REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                QTR.: X02-411L   RCV OFC: THP
REMEDY ID: 998039-F1     SUB1: 34ZS SUB2:      DATE RCV:   11-20-2019
UNT  RCV..:SCU           QTR RCV.: X01-304L     FACL RCV: THP
UNT  ORG..:SCU           QTR ORG.: X01-304L     FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  1 NCR  1          RESP DUE:  TUE  12-10-2019
ABSTRACT.: STAFF COMPLAINTS
STATUS DT: 12-05-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 11-22-2019
REMARKS..:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
THABO              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2020
PAGE 010 OF      *                FULL SCREEN FORMAT                *      13:35:24


REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                  QTR.: X02-411L    RCV OFC: BOP
REMEDY ID: 993117-A1      SUB1: 34ZS SUB2:       DATE RCV:   11-25-2019
UNT  RCV..:SCU           QTR RCV.: X01-304L      FACL RCV: THP
UNT  ORG..:SCU           QTR ORG.: X01-313L      FACL ORG: THP
EVT FACL.: THP    ACC LEV:                       RESP DUE:
ABSTRACT.: STAFF COMPLAINTS
STATUS DT: 12-09-2019  STATUS CODE: REJ STATUS REASON: WRL DIR OTH
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 12-09-2019
REMARKS..: GET HELP FROM UNIT TEAM




REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                  QTR.: X02-411L    RCV OFC: THP
REMEDY ID: 998612-F1      SUB1: 15FS SUB2: 18ZS DATE RCV:   11-26-2019
UNT  RCV..:SCU           QTR RCV.: X01-304L      FACL RCV: THP
UNT  ORG..:SCU           QTR ORG.: X01-304L      FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  1               RESP DUE:  MON  12-16-2019
ABSTRACT.: ALLEGES DENIED VISIT WITH MINISTER OF RECORD
STATUS DT: 12-18-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 11-26-2019
REMARKS..:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
 THABO          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2020
PAGE 011 OF       *              FULL SCREEN FORMAT              *      13:35:24


REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU               QTR.: X02-411L   RCV OFC: NCR
REMEDY ID: 998039-R1     SUB1: 34ZS SUB2:     DATE RCV:   12-17-2019
UNT  RCV..:SCU          QTR RCV.: X02-414L    FACL RCV: THP
UNT  ORG..:SCU          QTR ORG.: X01-304L    FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  1 NCR  1        RESP DUE:  SAT  02-15-2020
ABSTRACT.: STAFF COMPLAINTS
STATUS DT: 01-30-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 12-18-2019
REMARKS..:




REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU               QTR.: X02-411L   RCV OFC: THP
REMEDY ID: 1003236-F1    SUB1: 34ZS SUB2:     DATE RCV:   01-16-2020
UNT  RCV..:SCU          QTR RCV.: X02-414L    FACL RCV: THP
UNT  ORG..:SCU          QTR ORG.: X02-414L    FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  1              RESP DUE:  WED  02-05-2020
ABSTRACT.: ALLEGE DENIED COMMISSARY
STATUS DT: 01-29-2020  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:             RCT: P EXT:   DATE ENTD: 01-16-2020
REMARKS..: DELAY IN PROCESSING DUE TO ADMIN REMEDY CLERK LEAVE
```

```
 G0002        MORE PAGES TO FOLLOW . . .
```

```
  THABO          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2020
PAGE 012 OF 012 *              FULL SCREEN FORMAT               *      13:35:24


REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                QTR.: X02-411L   RCV OFC: THP
REMEDY ID: 1003480-F1      SUB1: 34ZS SUB2:      DATE RCV:   01-20-2020
UNT  RCV..:SCU          QTR RCV.: X02-411L      FACL RCV: THP
UNT  ORG..:SCU          QTR ORG.: X02-411L      FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  1                RESP DUE:  SUN  02-09-2020
ABSTRACT.: STAFF COMPLAINTS
STATUS DT: 01-20-2020  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 01-20-2020
REMARKS..: DELAY IN PROCESSING DUE TO ADMIN REMEDY CLERK LEAVE




REGNO: 14679-045 NAME: PURKEY, WESLEY
RSP OF...: THP UNT/LOC/DST: SCU                QTR.: X02-411L   RCV OFC: THP
REMEDY ID: 1006862-F1      SUB1: 25ES SUB2:      DATE RCV:   02-13-2020
UNT  RCV..:SCU          QTR RCV.: X02-411L      FACL RCV: THP
UNT  ORG..:SCU          QTR ORG.: X02-411L      FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  1                RESP DUE:  WED  03-04-2020
ABSTRACT.: WANTS SPO PROCESSED
STATUS DT: 02-18-2020  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:           RCT: N EXT:   DATE ENTD: 02-18-2020
REMARKS..:




            22 REMEDY SUBMISSION(S) SELECTED
  G0000       TRANSACTION SUCCESSFULLY COMPLETED
```