**Attachment 1**

## FCC Terre Haute

### Administrative Remedy – Informal Resolution

| Inmate Name: ~~~~~~~ Wesley | Register #: 14679-045 |
|---|---|
| Unit: SCU | Date Submitted: 8/15/19 |

**Section 1: NOTICE TO INMATE** - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

**Section 1a: Briefly state your specific single complaint:** This seeks redress and remedy for the abusive treatment that USP/TH Visiting Room Staff subject my family to this past weekend and the following Monday, whereas my granddaughter, Haley Maree Genial was forced to leave the visiting room and was rejected based on her wearing a shirt with a hoodie on it. No such prohibition was listed, see Sp.Ex.(A)/Dress Code, nor was such promulgation listed via inmate access, nor online for visitations to access. My son-in-law was forced to leave the facility and find a store to purchase my granddaughter a so-called appropriate shirt to wear prior to being allowed to visit. Then putting insult to injury after returning to the visitation area a half hour later visitation staff told my son-in-law and granddaughter who had driven over seven hours to get to USP/TH from the Kansas City Area that they would now have to wait until after count – an hour and a half later to actually be transferred to the SCU. Continuing the pattern of utter incompetency on Monday

**Section 1b: Briefly state the resolution you request:** To be provided the Visitation Room Staff who rejected both my son-in-law and granddaughter from visiting the entire morning of August 10th, 2019, and as well to be provided with a comprehensive listing of clothing that are prohibited from being woren for visiting an inmate and provided the cited where such listing can be obtained by visitors and inmates alike.

| | |
|---|---|
| Inmate Signature: *Wesley S Cook* | |
| Counselor Printed Name/Signature: *SA Seifer* | Coninued Next Page |

**Section 2: Department Assigned**

**Date Assigned:** 8-15-19     **Date Due:** 8-22-19

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Food Service | ☐ | Unit Mgmt | ☐ | Unicor | ☐ | Education |
| ☐ | Psychology | ☐ | Medical | ☐ | Chaplain | ☐ | Recreation |
| ☐ | Trust Fund | ☒ | Custody | ☐ | Facilities | ☐ | Safety |
| ☐ | ISM/Mailroom | ☐ | Admin. | ☐ | SIS | | |

**Section 3: Department Head Response**

Issue Resolved Comments:

Issue Un-resolved Comments:

Unable to Address Issue Comments:

| Inmate Signature if Resolved: | Date: |
|---|---|
| Staff Signature: | Date: |

**RECEIVED**
USP Terre Haute
AUG 27 2019
Administrative Remedy Clerk

**Section 4: Tracking**

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | 8-17-19 | 8-15-19 | 8/23/19 | 8/26/19 | | |
| Time | 1700 | 9:00 A | | 6 Am | | |
| Staff | AS | AS | | AS | | |

THX-1330.18C

**ATTACHMENT 7**

Wesley I. Purkey #14679-045                                        August 15th, 2019
BP-8 Continued

visitation staff again turned my granddaughter away from visiting me because whe had on a pair of
sandal's. Again no such shoe wear is prohibited on the Dress Code listing. id. Apparently no policy
has been actually promulgated listing with any common-sense measures, nor posted for visitors to
review and/or provided to inmates' for advising their family members and/or friends to safeguard from
suffering the dire plights my family did because of the absence of such ready notification of the pur-
ported prohibited clothing items being woren entering the hallowed USP/IH visiting room. Here, as is
the typical reality of the USP/IH Staff is to make policy up as they go and/or absolute arbitrary application
dof existing policy as seen in the case at hand. Perhaps if the fine visiting room staff had to be
subjected to such rampant abuse as seen here after spending an inordinate amount of time and expense of
traveling to see a love one behind penitentiary walls then perhaps they may be more inclined to actually
have writte4n promulgation identifying verbatim what clothing items can and cannot be woren at the fine
human cesspool at the USP/IH. Or maybe not!!!!!

<u>End Of Continued Page BP - 8</u>

RECEIVED
USP Terre Haute
AUG 27 2019
Administrative
Remedy Clerk

<u>Sp.Ex.(A)/BP-8</u>

You should be familiar with all visiting rules, regulations, and procedures before your visit.

**Dress Code**
Wear clothing that is appropriate for a large gathering of men, women, and young children. Wearing inappropriate clothing (such as provocative or revealing clothes) may result in your being denied visitation.

*The following clothing items are generally not permitted but please consult the visiting policy for the specific facility as to what attire and items are permitted in the visiting room:*

- revealing shorts
- halter tops
- bathing suits
- see-through garments of any type
- crop tops
- low-cut blouses or dresses
- leotards
- spandex

- miniskirts
- backless tops
- hats or caps
- sleeveless garments
- skirts two inches or more above the knee
- dresses or skirts with a high-cut split in the back, front, or side
- clothing that looks like inmate clothing (khaki or green military-type clothing)



RECEIVED
USP Terre Haute

Auu 27 ...

Administrative
Remedy Cle...

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**                    **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

---

**From:** Purkey    Wesley    I.          #14679-045          SCU          USP/TH
  LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A- INMATE REQUEST** This administrative remedy timely follows the attached Informal Resolution returned to me on this date, August 23rd., 2019 and returned w/o response. The facts germane to that issues presented through the attached BP-8 which was the egregious refusal to allow my granddaughter and son-in-law the right to visit based on my granddaughter wearing an "inappropriate" piece of clothing, i.e. a shirt with a hood and then after returning with a different shirt being forced to wait another two hours to be brought to the SCU for visitation. This same problem occurred the following Monday as well because of what the visitation staff states was an unauthiorized pair of shoes, i.e. sandals. The facts germane to these issues will not be repeated through subsequent paragraphs, but are incorporated herein. Here the day after filing the attached BP-8 Lt. Tokish advised me that he had received the BP-8 regarding the visitation problems and without so much as a cursory investigation (which is typical of Lt. Tokish) advised me that, "I know that you more than likely just want to me let you go onto the '9' right!" No' that is not right! I actually want you to afford me with a listing of inappropriate dress items that the visiting room staff relies on to make their determination of what clothing items are or are not allowed to be woren by given visitors. And I want to obtain both a copy of that listing, as well as to know what site such listing is available at to put prisoners' visitors on notice of what the dress code is at USP/TH," I told Lt. tokish. After doing his usual equivocal tab dancing around and trying to disingenuously tell me that visiting room staff pretty much have cadrte blanche authority and discretion to make such determination on their own he then evasively told me that, "I will see what I can find out." Obviously the Lieutenant found out nothing to support his self serving declaration that visitation staff can run rough-shod over inmates' visitor with absolute impunity, and thereby' refused to provide so much as a tentative response to convey his palpable self serving response given to me in person. This administrative remedy timely follows seeking the same resolution as stated in the attached BP-8.

August 25th, 2019          _W e s l_ SIGNATURE OF REQUESTER
  DATE

**Part B- RESPONSE**

**RECEIVED**
USP Terre Haute

AUG 27 2019

Administrative
Remedy Clerk

---

_____          _____
  DATE                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: _788996-F1_

                                        CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____                    _____          BP-229(13)
  DATE                            RECIPIENT'S SIGNATURE (STAFF MEMBER)        APRIL 1982
USP LVN

**Requirement for submission of this request directly to the Regional Director, Bureau of Prisons.**

When the inmate believes that he may be adversely affected by submission of this request at the institution level because of the sensitive nature of the complaint, he may address his complaint to the Regional Director. He must clearly indicate a valid reason for not initially bringing his complaint to the attention of the institution staff.

If the inmate does not provide a reason, or if the Regional Director or his designee believes that the reason supplied is not adequate, the inmate will be notified that the complaint has not been accepted. The form sent to the Regional Director will not be returned. However, the inmate may prepare a new request and submit it at the institution if he wishes.

Remedy No.:  988996-F1                                      FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted August 27, 2019, in which you allege the visitation right of your granddaughter and son-in-law were infringed upon. For relief, you request a list of approved clothing for visitors.

A review of your request reveals one of your visitors failed to follow the guidelines regarding appropriate attire per the guidelines set forth in Institution Supplement THX-5267.08B, Visiting Regulations. Therefore, their admittance into the institution was not permitted. All current visiting information related to approved attire needed to enter the institution is available through the official Bureau of Prisons public website. Specifically, the FCC Terre Haute Visiting Information page. Additionally, it is your responsibility to inform your visitors of Visiting Regulations.

Therefore, your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

_____                          _____
Date                                             T. J. Watson, Complex Warden