Attachment 1

FCC Terre Haute

Administrative Remedy – Informal Resolution

726

| Inmate Name: Purkey, Wesley, Ira | Register #: 14679-045 |
|---|---|
| Unit: SCU | Date Submitted: 9/14/19 |

Section 1: NOTICE TO INMATE - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

Section 1a: Briefly state your specific single complaint: This seeks both redress and remedy for the ongoing protracted abusives permeating what is know as "Execution Range"/A-Range in the SCU, whereas SCU Staff and Staff assigned to 'Execution Range' have clarified that, '[W]e have the most despical individuals' on death row waiting to die and we will cause them the most misery that we can until they kill 'em'. And so they are by keeping those inmates, including myself awake 24 hours making fifteen minute rounds, as well as having social parties on the Execution Range all hours of the day and night. On this particular date when the morning watch left the range and the designated Execution Range Staff took over at approximately 7:20 a.m. almost immediately other SCU Staff came on the range and they became to engage in their social good ole boy talks keeping those awaiting execution awake. The surveillance camera(s) on the range will attest to this, as they will attest to the fact that the social interchanges continued throughout the entire day. In fact such social good ole boy interchanges on Execution Range have permeated

Section 1b: Briefly state the resolution you request:          Continued On Next Page

To document such abuses pursuant to 42 U.S.C. §1997e.

Inmate Signature: Wesley Purkey

Counselor Printed Name/Signature:

Section 2: Department Assigned    SIS

Date Assigned: 9-19-19          Date Due: 9-26-19

| □ Food Service | □ Unit Mgmt | □ Unicor | □ Education |
|---|---|---|---|
| □ Psychology | □ Medical | □ Chaplain | □ Recreation |
| □ Trust Fund | □ Custody | □ Facilities | □ Safety |
| □ ISM/Mailroom | □ Admin. | ☒ SIS | |

Section 3: Department Head Response:

Issue Resolved Comments:

Issue Un-resolved Comments:    Unresolved

Unable to Address Issue Comments:

RECEIVED
USP Terre Haute
SEP 20 2019
Administrative
Remedy Clerk

| Inmate Signature if Resolved: | | Date: |
|---|---|---|
| Staff Signature: | | Date: 9-19 |

Section 4: Tracking

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | 9/12/19 | 9-18-19 | | 9/20/19 | | |
| Time | | 830 | | 7:40am | | |
| Staff | | KS | | | | |

THX-1330.13C                                                                 Page 7

ATTACHMENT 10

Wesley I. Purkey #14679-045                                      Sept. 14th, 2019

every facet of the conditions of confinement since July 25th, 2019 and continue to date undaunted.

As the surveillance cameras on the range will verify that on the morning of 9/11/19 at 1 a.m. SCU came on the range and began a social party with the designated Execution Range Staff and continued to keep inmates awake while their enjoy their good ole boy talks. Again at 3 a.m. dthis same date, as the surveillance cameras will demonstrate that again good ole boy staff from the SCH returned to Execution Range and began having good ole boy conversations with the designated Execution Range Staff. These are not isolated incidents but are protracted, ongoing and chronic, whereas the Warden has been made aware of these antics by his SCU and Execution Range Staff and demonstrates acute indifference to such telling me verbatim that, "as long as staff is not banging on your cell door to keep you awake then I condone whatever else that they are doing." This blind acquiesce has been documented through other administrative remedies and will not be done here.

Well established law brings to bear that prison staff causing inmates' sleep deprivation runs afoul with tenets under the Eightth Amendment. (Case Authority Omitted). Here SCU Staff does not go don the other ranges in the SCU Unit at 1 a.m. - 3 a.m. and dother time throughout the day and night and hold social gatherings, although it is will documented that is exactly what SCU Staff and Execution Range Staff have and continue to do on Execution Range because they feel that the five despicable individuals e=awaiting execution dates need to suffer such abuses.

End Of EP - 8

cc: file;George Kouros/

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**                    **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Purkey    Wesley    I.                    #14679-045        SCU        USP/TH
_____
       **LAST NAME, FIRST, MIDDLE INITIAL**        **REG. NO.**        **UNIT**        **INSTITUTION**

Part A– INMATE REQUEST  This administrative remedy timely follows the attached BP-8 received without response back on this date of Sept. 19th, 2019 by me from SCU Case Worker Sutton. The attached material sought redress, remedy and to document the protracted, ongoing and chronic abuses permeating through inmates, including myself housed on A-Range, aka Execution Range where five inmates including myself await execution. As thoroughly document though the past two months that SCU Staff, as well as other security personnel have stated unequivocally that, "the five death row prisoners' selcted for execution by the Attorney General of the United States were selected because, "they are aafive of biggest pieces of shit on the unit." And thereby' we will submit them to every abuse that we possibly can." This nefarious labeling has been reiterated many times over by different staff and other personnel coming on the unit which underscores the myriad of abuses permeating those five individuals awaiting execution, as is evident by the claims and facts presented through the attached material and not disputed by SIS, as seen via their refusal to give response. The facts stated through the attached material are incorporated herein, whereas the claims remain the same anent the myriad of abuses taking place motivated by the mentality shown inasmuch that staff contend that the United Sttorney General Barr choice the five individuals that he did first to be executed because they consist of the most despical individuals on death row. Thank you for your attention to these interrelated matters.

End Of BP – 9

Sept. 19th, 2019
_____
      **DATE**

**Part B– RESPONSE**

RECEIVED
USP Terre Haute
SEP 2 0 2019
Administrative
Remedy Clerk

_____                    _____
      **DATE**                                        **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    **CASE NUMBER:** _____

                                                   **CASE NUMBER:** _____

**Part C– RECEIPT**

Return to: _____
        **LAST NAME, FIRST, MIDDLE INITIAL**        **REG. NO.**        **UNIT**        **INSTITUTION**

SUBJECT: _____

_____                    _____
      **DATE**                                        **RECIPIENT'S SIGNATURE (STAFF MEMBER)**

USP LVN                                                                    BP-229(13)
              PRINTED ON RECYCLED PAPER                            APRIL 1982

**Requirement for submission of this request directly to the Regional Director, Bureau of Prisons.**

When the inmate believes that he may be adversely affected by submission of this request at the institution level because of the sensitive nature of the complaint, he may address his complaint to the Regional Director. He must clearly indicate a valid reason for not initially bringing his complaint to the attention of the institution staff.

If the inmate does not provide a reason, or if the Regional Director or his designee believes that the reason supplied is not adequate, the inmate will be notified that the complaint has not been accepted. The form sent to the Regional Director will not be returned. However, the inmate may prepare a new request and submit it at the institution if he wishes.

Remedy No.:   991870-F1                                   FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted September 20, 2019, in which you allege staff assigned to the Special Confinement Unit are holding conversations on the range resulting in you suffering from sleep deprivation. You made no specific request for relief.

All staff are held to a high standard of treating inmates fairly, impartially, and humanely. Mistreatment of inmates is not tolerated. Therefore, this matter will be thoroughly reviewed and if it is determined staff acted inappropriately, this issue will be forwarded to the proper investigative authority.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Tower II, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.


_____11/5/19_____          _____
Date                                        T. J. Watson, Complex Warden