Attachment 1

FCC Terre Haute

Administrative Remedy – Informal Resolution

7ι8

| Inmate Name: Farley Wesley | Register #: 14679-045 |
|---|---|
| Unit: SCI | Date Submitted: Sept. 19th, 2019 |

**Section 1: NOTICE TO INMATE** - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

Section 1a: Briefly state your specific single complaint: This seeks redress and remedy for the ongoing denial of medical treatment by medical, i.e. Warden Watson, whereas because of a lockdown for the past five days I have been denied access to medical by the P.A. which I have been waiting to see for the past five weeks suffering acute pain to both wrist. On this date I asked AW Underwood when execution range would be off of lockdown status allowing me to be seen by medical, whereas he afford with an equivocal response without clarification. Because of such denial to be seen by medical based on the indefinite lockdown status constitutes deliberate indifference to my serious medical needs by Warden Watson who has mandated the protracted lockdown to continued undaunted on a indefinite basis.

Section 1b: Briefly state the resolution you request: To document the ongoing ossify indifference to my serious medical needs by Warden Watson pursuant to 42 U.S.C. §1997e.

Thank you!

| Inmate Signature: | _(signature)_ |
|---|---|
| Counselor Printed Name/Signature: | _(signature)_ |

**Section 2: Department Assigned:**

| Date Assigned: 9-19-19 | | Date Due: 9-26-19 | | | |
|---|---|---|---|---|---|
| ☐ Food Service | ☐ Unit Mgmt | ☐ Unicor | ☐ Education |
| ☐ Psychology | ☒ Medical | ☐ Chaplain | ☐ Recreation |
| ☐ Trust Fund | ☐ Custody | ☐ Facilities | ☐ Safety |
| ☐ ISM/Mailroom | ☐ Admin. | ☐ SIS | |

**Section 3: Department Head Response:**

| | Issue Resolved Comments: |
|---|---|
| | Issue Un-resolved Comments: Un-resolved inmate the institution has not been on lockdown for five days. |
| | Unable to Address Issue Comments: |

| Inmate Signature if Resolved: | | Date: |
|---|---|---|
| Staff Signature: _(signature)_ | | Date: 09-23-2019 |

**Section 4: Tracking:**

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | 9-18-19 | 9-19-19 | 9-23-19 | 9-24-19 | | |
| Time | | 728 | 1700 | 1015 | | |
| Staff | AS | AS | AS | AS | | |

RECEIVED
USP Terre Haute

THX-1330.18C

Administrative.
Remedy Clerk

**ATTACHMENT 11**

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Purkey    Wesley    I.          #14679-045          SCU          USP/TH
<u>LAST NAME, FIRST, MIDDLE INITIAL</u>          <u>REG. NO.</u>          <u>UNIT</u>          <u>INSTITUTION</u>

**Part A– INMATE REQUEST**  This administrative remedy timely follows the attached BP-8 received by me on this date without response given by medical, i.e. HSA McCoy. That material sought redress and remedy for the protracted denial to be seen by medical regarding a Sick Call Request submitted August 22nd, 2019 seeking medical care regarding severe pain in both wrist after being subjected to severely tight handcuffs by Lt. Parker and Cpt. Taylor, whereas they utilized hard-bar handcuffing (handcuffs) forcing both of my wrist to be handcuffed facing outward with the handcuffs clamped to each wrist bone causing severe pain and left me handcuffed like that for thirty minutes or more on August 21st., 2019. I afforded the Sick Call Request to Nurse May who advised me with a day or so later that H afforded to the Sick Call Request to the P.A. Again thre weeks later he advised me that I hsould of been seen that week and surely would the following week, which I was not seen at that time either. This administrative remedy is to document and satisfy requirements set forth through 42 U.S.C. §1997(e). Thank you!

Sept. 23rd., 2019
<u>DATE</u>                                          <u>SIGNATURE OF REQUESTER</u>

**Part B– RESPONSE**

**RECEIVED**
**USP Terre Haute**

SEP 2 4 2019

**Administrative**
**Remedy Clerk**

<u>DATE</u>                                          <u>WARDEN OR REGIONAL DIRECTOR</u>

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: 991877-F1

                                                  CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
          <u>LAST NAME, FIRST, MIDDLE INITIAL</u>          <u>REG. NO.</u>          <u>UNIT</u>          <u>INSTITUTION</u>

SUBJECT: _____

<u>DATE</u>                                          RECIPIENT'S SIGNATURE (STAFF MEMBER)          BP–229(13)
USP LVN                                                                                          APRIL 1982

**Requirement for submission of this request directly to the Regional Director, Bureau of Prisons.**

When the inmate believes that he may be adversely affected by submission of this request at the institution level because of the sensitive nature of the complaint, he may address his complaint to the Regional Director. He must clearly indicate a valid reason for not initially bringing his complaint to the attention of the institution staff.

If the inmate does not provide a reason, or if the Regional Director or his designee believes that the reason supplied is not adequate, the inmate will be notified that the complaint has not been accepted. The form sent to the Regional Director will not be returned. However, the inmate may prepare a new request and submit it at the institution if he wishes.

Remedy No.:  991871-F1                                   FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted September 24, 2019, in which you allege you have not been evaluated for a sick call request submitted on August 22, 2019, for pain in both wrists after being handcuffed on August 21, 2019. You made no specific request for relief.

A review of your request reveals you submitted a sick call request on August 30, 2019, to request the renewal of medications. The documentation from August 30, 2019, states, "Inmate voices no complaints and states he is tolerating medications." There is no indication in the encounter from August 30, 2019, to indicate you complained of continuing wrist pain. The mid-level provider (MLP) documented they were unable to see you on September 25, 2019, as you were in a legal visit and would be rescheduled to be evaluated. You are currently on the schedule to be evaluated by the MLP for your complaint of bilateral wrist pain and will be on the call out in the near future. If you have had any changes in your condition and/or worsening pain, you are encouraged to submit a sick call request so you may be evaluated by a clinician.

All staff are held to a high standard of treating inmates fairly, impartially, and humanely. Mistreatment of inmates is not tolerated. Therefore, this matter will be thoroughly reviewed and if it is determined staff acted inappropriately, this issue will be forwarded to the proper investigative authority. However, you will not receive information regarding the outcome of any staff investigation.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

Date                                                    T. J. Watson, Complex Warden