Attachment 1

## FCC Terre Haute

734

### Administrative Remedy – Informal Resolution

| Inmate Name: Wesley I. Purkey | Register #: 14679-045 |
|---|---|
| Unit: SCU | Date Submitted: 10/03/19 |

**Section 1: NOTICE TO INMATE** - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

**Section 1a: Briefly state your specific single complaint:** This seeks redress for interrelated issues of both deliberate indifference to my serious medical needs, i.e. painful wrist that was the result of being placed in "steel barred handcuff's" by Lt. Parker and Cpt. Taylor six weeks ago, whereas on this date after waiting to be seen by the P.A, since that time period P.A Klink advised me that, "there is nothing that I can do for you - the pain isn't that bad and you have movement of both wrist. This assessment by Klink ignored me advising her of the pain incurred when either pulling and or pushing or twisting of either wrist. She advised me that nothing more would be done that I simply needed to take some aspirins. The medical complaint of the severely painful wrists was the result of being placed in and left handcuffed in the steel barred handcuffs which were secured pressing into both wrist and twisted facing outward were placed on me by Lt. Parker and Cpt. Taylor in retaliation for my refusal to speak with the psych on that particular date six weeks

*Continued Next Page*

**Section 1b: Briefly state the resolution you request:** This material is to document the interrelated issues of retaliation by Lt. Parker and the denial of medical treatment by P.A. Klink who ignored my medical request for a month and a half. Seen by the P.A. 'Klink' Oct. 2nd, 2019 at 1:30 p.m.

| Inmate Signature: | *Wesley Purkey* |
|---|---|
| Counselor Printed Name/Signature: | |

| Section 2: Department Assigned: SIS | | | | | |
|---|---|---|---|---|---|
| Date Assigned: 10-7-19 | | Date Due: 10-10-19 | | | |
| ☐ Food Service | ☐ Unit Mgmt | ☐ Unicor | ☐ Education |
| ☐ Psychology | ☐ Medical | ☐ Chaplain | ☐ Recreation |
| ☐ Trust Fund | ☐ Custody | ☐ Facilities | ☐ Safety |
| ☐ ISM/Mailroom | ☐ Admin. | ☒ SIS | |

**Section 3: Department Head Response:**

Issue Resolved Comments:

Issue Un-resolved Comments: To date, a response has not been received. If you feel your issue still holds merit, you may proceed

Unable to Address Issue Comm to the BP-9 Administrative level.

| Inmate Signature if Resolved: | | Date: |
|---|---|---|
| Staff Signature: | | Date: |

RECEIVED USP Terre Haute OCT ... 2019 Administrative Remedy Clerk

**Section 4: Tracking**

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned Accepted Rejected |
|---|---|---|---|---|---|---|
| Date | | 10/2/19 | 10-9-19 | 10/15/19 | 10/15/19 | |
| Time | | 1400 | 2pm | 1400 | 1700 | |
| Staff | | Cur | Ts | KW | Cw | |

THX-1330.18C

Page 7

**ATTACHMENT 12**

UNICOR FEDERAL PRISON INDUSTRIES, INC
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

## REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _Purkey  Wesley  I._     #14679-045     SCU     USP/IH
     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.     UNIT     INSTITUTION

**Part A— INMATE REQUEST** This administrative remedy timely follows the receipt of the attached Informal Resolution received by me on 8/27/10, whereas such material sought both redress and to document the flagrant violations of well established that were irrefutably committed by Warden Watson, Cpt. Talyor and Lt. Parker in subjecting me to retaliatory actions after coercing me to be seen by the Psychiatrist after I adamantly refused to speak with her on multiple occasions. Because of such refusals the Warden, Cpt and Lt. subjected me to retaliation, including ransacking my cell and physical abuse as well in twisting both of my wrist forcing them sideways into a pair of hard-handcuffs that consisted of a steel bar instead of a chain link between the two handcuffs. These are interrelated issues and are delineaed and enunciated through the attached materials and will not be referenced through subsequent paragraphs unless for clarification purposes. Contrary to Lt. Gore/SIS who initially discussed the claims presented through the attached materials with me while I was at the law library - at no time did I advise Lt. Gore that I wanted to proceed to a BP-9, whereas I told Lt. Gore that I wanted an investigation undertaken to address the allegations presented. Here Lt. Gore readily ignored such request and refused to perform so much as a cursory investigation into the issues presented because such claims were being presented by his superiors Warden Watson and Cpt. Taylor and his associate Lt. Parker. None of the allegations presented through the attached material were disputed, although Lt. Gore buried his head in the proverbial sand to such claims made of abuse taken against me by his associates. Shortly after filing the attached BP-8 Warden Watson and Cpt. Taylor came to my cell during admin.rds. in the Unit. Standing outside of my cell in the exterior area of the box-car cell the Warden unequivocally advised me that, "you refused to be seen by the psychiatrist - so were took action for you to be seen by her. There may be future times that you will also be forced to be seen by her." The actions taken by the Warden, Cpt and Lt. stand in acute violations of well established law.

9/1/19    DATE               SIGNATURE OF REQUESTER

**Part B— RESPONSE**

9/4/19

SU

SE' u '

Administrative
Remedy Clerk

_____ DATE             WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE          CASE NUMBER: _27033  2-F1_

                                    CASE NUMBER: _____

**Part C— RECEIPT**

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____ DATE            RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                          BP-229(13)
                                                         APRIL 1982

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**                    **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Purkey _Wesley   I._____    __#14679-045__    __SOU__    __USP/TH__
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** This administrative remedy timely follows the "Nonresponse" to the attached BP-8 which sought redress, remedy and to document the interrelated issues of denying me adequate medical treatment for injuries suffered by Lt. Parker and Cpt. Taylor in reprisal for my refusal to be interviewed by the Psychiatrist. The facts clarifying and supporting such interrelated issues are delineated through the attached material and will not be reiterated herein. Thos facts as set forth through the attached material remain undisputed, whereas the denial of a response to such alelgations brings such 'admitted' allegations to bear. Here the lack of response as with all grievances filed within proximity of the attached BP-8 have gone without response because the applicable parties know that I am facing an imminent execution date within the next sixty days or thereabout and choose not to give response and allow the grievance issues to die with me. This mentality underscores the issues being interrelatedly presented, whereas after I suffered injury from Lt. Parker and Cpt. Taylor's reprisal taken of forcing me into a pair of steel-braced handcuffs, clamping such to my wrist bone on both hands and forcing both hands to fit into the handcuff's facing outward, by twisting both wrist when forcing me into the handcuffs behind my back, and then forcing me to remain in such until after I was seen by the psychiatrist. In turn ransacking my cell in additional retaliation for my refusal to be seen by the psychiatrist. Whereas' I was denied medical treatment for six weeks after the incident occurred, and then treated like a nuisance by P.A. Klink when I was finally seen by her in-lieu of affording me with genuine meaningful medical treatment. In fact on this same date P.A. Klink advised me that my blood pressure was extremely high, but took absolutely no further medical follow-up or treatment for that problem as well. In other words I was ultimately seen by Klink six weeks after submitting several different Sick Call Request anent this medical issue, and only seen for appearance such, nothing of substances as described through the attached material.

October 10thpA2019 _____    ____SIGNATURE OF REQUESTER____

**Part B- RESPONSE**

OCT 19 2019

**Administrative
Remedy Clerk**

_____    _____
       DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: __994432-F1__

CASE NUMBER: __994432-F2__

**Part C- RECEIPT**

Return to: _____    _____    _____    _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    ☷    _____    BP-229(13)
      DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)    APRIL 1982

USP LVN

**Requirement for submission of this request directly to the Regional Director, Bureau of Prisons.**

When the inmate believes that he may be adversely affected by submission of this request at the institution level because of the sensitive nature of the complaint, he may address his complaint to the Regional Director. He must clearly indicate a valid reason for not initially bringing his complaint to the attention of the institution staff.

If the inmate does not provide a reason, or if the Regional Director or his designee believes that the reason supplied is not adequate, the inmate will be notified that the complaint has not been accepted. The form sent to the Regional Director will not be returned. However, the inmate may prepare a new request and submit it at the institution if he wishes.

Remedy No.: 994432-F2

FCC, Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted November 1, 2019, in which you allege injuries were not treated after you were forced to speak with Psychology staff despite you denying a desire for the services. You made no specific request for relief.

A review of your request reveals this issue is repetitive to Administrative Remedy No. 991871-F1. You have provided no new information warranting further review of this issue.

Therefore, this response to your Request for Administrative Remedy is closed as repetitive.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Tower II, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

_____
Date

_____
T. J. Watson, Complex Warden

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: Purkey    Wesley    I. | #14679-045 | SCU | USP/TH |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST** This administrative remedy timely follows the attached BP-8 received by me on this date without response given by medical, i.e. HSA McCoy. That material sought redress and remedy for the protracted denial to be seen by medical regarding a Sick Call Request submitted August 22nd, 2019 seeking medical care regarding severe pain in both wrist after being subjected to severely tight handcuffs by Lt. Parker and Cpt. Taylor, whereas they utilized hard-bar handcuffing (handcuffs) forcing both of my wrist to be handcuffed facing outward with the handcuffs clamped to each wrist bone causing severe pain and left me handcuffed like that for thirty minutes or more on August 21st., 2019. I afforded the Sick Call Request to Nurse May who advised me with a day or so later that H afforded to the Sick Call Request to the P.A. Again three weeks later he advised me that I hsould of been seen that week and surely would the following week, which I was not seen at that time either. This administrative remedy is to document and satisfy requirements set forth through 42 U.S.C. §1997(e). Thank you!

Sept. 23rd., 2019
_____
DATE

_Wesley Purkey_
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
USP Terre Haute

SEP 2 4 2019

Administrative
Remedy Clerk

_____
DATE

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

WARDEN OR REGIONAL DIRECTOR

CASE NUMBER: 9918 71-F1

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____
DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

USP LVN          PRINTED ON RECYCLED PAPER

Remedy No.: 991871-F1                                      FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted September 24, 2019, in which you allege you have not been evaluated for a sick call request submitted on August 22, 2019, for pain in both wrists after being handcuffed on August 21, 2019. You made no specific request for relief.

A review of your request reveals you submitted a sick call request on August 30, 2019, to request the renewal of medications. The documentation from August 30, 2019, states, "Inmate voices no complaints and states he is tolerating medications." There is no indication in the encounter from August 30, 2019, to indicate you complained of continuing wrist pain. The mid-level provider (MLP) documented they were unable to see you on September 25, 2019, as you were in a legal visit and would be rescheduled to be evaluated. You are currently on the schedule to be evaluated by the MLP for your complaint of bilateral wrist pain and will be on the call out in the near future. If you have had any changes in your condition and/or worsening pain, you are encouraged to submit a sick call request so you may be evaluated by a clinician.

All staff are held to a high standard of treating inmates fairly, impartially, and humanely. Mistreatment of inmates is not tolerated. Therefore, this matter will be thoroughly reviewed and if it is determined staff acted inappropriately, this issue will be forwarded to the proper investigative authority. However, you will not receive information regarding the outcome of any staff investigation.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

_____                    _____
Date                                                    T. J. Watson, Complex Warden

Attachment 1

## FCC Terre Haute

### Administrative Remedy – Informal Resolution

728

| Inmate Name: Farley Wesley | Register #: 14679-045 |
|---|---|
| Unit: 900 | Date Submitted: Sept. 19th, 2019 |

**Section 1: NOTICE TO INMATE** - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

**Section 1a:** Briefly state your specific single complaint: This seeks redress and remedy for the ongoing denial of medical treatment by medical, i.e. Warden Watson, whereas because of a lockdown for the past five days I have been denied access to medical by the P.A. which I have been waiting to see for the past five weeks suffering acute pain to both wrist. On this date I asked AW Underwood when execution range would be off of lockdown status allowing me to be seen by medical, whereas he afford with an equivocal response without clarification. Because of such denial to be seen by medical based on the indefinite lockdown status constitutes deliberate indifference to my serious medical needs by Warden Watson who has mandated the protracted lockdown to continued undaunted on a indefinite basis.

**Section 1b:** Briefly state the resolution you request: To document the ongoing ossify indifference to my serious medical needs by Warden Watson pursuant to 42 U.S.C. §1997e.

Thank you!

| Inmate Signature: | |
|---|---|
| Counselor Printed Name/Signature: | |

**Section 2: Department Assigned:**

Date Assigned: 9-19-19       Date Due: 9-26-19

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Food Service | ☐ | Unit Mgmt | ☐ | Unicor | ☐ | Education |
| ☐ | Psychology | ☒ | Medical | ☐ | Chaplain | ☐ | Recreation |
| ☐ | Trust Fund | ☐ | Custody | ☐ | Facilities | ☐ | Safety |
| ☐ | ISM/Mailroom | ☐ | Admin. | ☐ | SIS | | |

**Section 3: Department Head Response:**

Issue Resolved Comments:

Issue Un-resolved Comments: Un-resolved inmate the institution has not been on lockdown for five days.

Unable to Address Issue Comments:

| Inmate Signature if Resolved: | | Date: |
|---|---|---|
| Staff Signature: | | Date: 09-23-2019 |

**Section 4: Tracking**

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | 9-18-19 | 9-19-19 | 9-23-19 | 9-24-19 | | |
| Time | | 728 | 1100 | 10x | | |
| Staff | AS | AS | AS | AS | | |

RECEIVED
USP Terre Haute
SEP 2...

THX-1330.18C

Administrative.
Remedy Clerk