**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Purkey, Wesley I.    #14679-045    SCU    USP
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** This seeks redress and remedy for being denied the applicable Policy, Regulations and/or Statue utilized by Attorney General Barr and/or BOP Central Office Director Hurwitz in their selection of me for execution on December 13th, 2019, whereas I was notified of such selection by Warden J.T. Watson on July 25th, 2019. At that time Warden Watson advised me verbatim that, "I have absolutely no idea what the policy, rule or law is setting the criteria for selecting inmates', as yourself for execution dates." On that same date and several times after that the news media reiterated that, "Attorney General Barr selected the five death row inmates that he did for execution dates' given because they are the most despicable individuals' with egregious crimes on death row." USP/TH Legal Department, K. Sieceveld has unequivocally stated that, "I do not know of any policy, rule, regulation or law setting a criteria for Attorney General Barr or Central Office Director Hurwitz to utilize in selecting inmates for designating execution dates, but if such a policy, rule, regulation or law does exist then I am pretty sure that it is secret." Here at least twenty other death row inmates had exhausted their appellate remedies prior to mine in 2013, and yet not a single death row inmate who exhausted their appellate remedies years prior to mine was designated execution dates when I was July 25th, 2019. Here Warden Watson has readily conceded that he does not know of any rule, policy, regulations and/or law setting a criteria utilized by Attorney General Barr and/or Central Office Director Hurwitz in selecting me for a December 13th, 2019 execution date over the more than twenty or more death row inmates who exhausted their appellate remedies prior to mine and that - that question can only be addressed by either Attorney General Barr and/or the Central Office Director Hurwitz. This material seeks the BOP Policy, and/or regulation, rule and/or statute provision that set the criteria utilized Barr or Hurwitz in selecting me for execution over the twenty or more other death row inmates who exhausted their appellate remedies before me.

October 25th, 2019 _____ appellate remedies before me.
    DATE      _Wesley Purkey_ SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
NOV 05 2019
Administrative Remedy Section
Federal Bureau of Prisons

_____ DATE _____
FIRST COPY: WASHINGTON FILE COPY

GENERAL COUNSEL
CASE NUMBER: 997436-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____ DATE _____      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

**ATTACHMENT 13**

UPN LVN      BP-231(13)
JUNE 2002

Administrative Remedy No. 997436-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal where you raise issues with the date selected for execution in your case. You state there are currently more than 20 death row inmates that exhausted their appellate remedies prior to your appeals being exhausted, and question how this date was determined. You request to be provided with the Bureau of Prisons (BOP) policy, rule, regulation or statute that sets the criteria used by the Attorney General and/or BOP Director in selecting you for execution over 20 or more death row inmates.

A review of your appeal reveals you have been sentenced to death by the United States District Court. Implementation of death sentences in federal cases is set forth in 28 CFR Part 26. Pursuant to 28 CFR §26.3(a)(1), a sentence of death shall be executed on a date and at a time designated by the Director of the BOP.

If you are seeking additional information/documentation, you may submit a request through a Freedom of Information/Privacy Act (FOIA) request. Such requests must be made in writing and addressed to the following office with both the face of the letter and envelope clearly marked, "Freedom of Information Request,": Federal Bureau of Prisons, Office of General Counsel, FOIA Section, Room 936, 320 First Street, NW, Washington, DC 20534.

This response is provided for informational purposes only.

_____
Date

_____
Ian Connors, Administrator
National Inmate Appeals