12/26/19

Attachment A

## FCC Terre Haute
## BP-8 - Informal Resolution

#765

| NAME | NUMBER | UNIT |
|---|---|---|
| Purkey, Wesley | 14679-045 | SCU |

**Notice to Inmate:** Be advised, ordinarily, prior to filing a Request for Administrative Remedy, BP-229 (13), you should attempt to informally resolve your complaint through your Correctional Counselor. Please refer to P.S. 1330.18, Administrative Remedy Program and the FCC Terre Haute Institutional Supplement thereto (both available via the Law Library).

1. Briefly state inmate's complaint (One complaint/issue per Form): This seeks reldress for commissary staff Lilley taking a BP-8 and its attachments from the scu law library book which I had stuck in the side of cor scc staff to pick up and deliver to case manager shepherd. At that same time Lilley brought commissary continued next page

2. Requested Resolution: To document Lilley's destroying my legal materials, i.e. Grievance filed against him -

| | | | |
|---|---|---|---|
| **Inmate Signature:** | | | |
| **Staff Printed Name/Signature/Date:** | Sutton + CUR | | 12/26/19 |
| **Dept. Assigned for Response:** | Fryst Frig /SD | **Due Date:** | 1/2/19 |

3. Staff Response:




Section 4: ☐ Informally Resolved/Complaint Withdrawn    ☒ No Informal Resolution/Progress to BP-9

_____    C Gore    1/2/20
Inmate's signature          Staff Printed Name/Signature    Date

THX-1330.18D

Page 5

**ATTACHMENT 17**

BP-8 Continued     Wesley I. Tucker 4679045

items for my signature of receipt. I refused to sign for such items - Lilley stood at the law library door and took the envelope with the BP-8 out of the door with him. I addressed Lilley taking such admin-R.A. out of the law library door with Lt. Miller who advised me that, "Any staff member can take your grievances, as long as they get to the unit team at some point." Lt. Miller then reiterated that he would contact Lilley to find out where the BP-8 was at. Later Case Manager Shepherd clarified that "not much that we can do about Lilley taking your BP-8, we'll just have to wait and see what happens." He found the incident to be humorous.     End of BP-8

Sr. EX (H) / IST. BP.

TRULINCS 14679045 - PURKEY, WESLEY IRA - Unit: THP-X-A

---------------------------------------------------------------------------------------

FROM: 14679045
TO: Legal
SUBJECT: ***Request to Staff*** PURKEY, WESLEY, Reg# 14679045, THP-X-A
DATE: 12/31/2019 08:20:06 AM

To: K. Siereveld
Inmate Work Assignment: ua

On this date Comissary / Lilley denied me commissary in retaliation with a grievance I filed against him last Thursday for him destroying a grievance that I had stuck in the law library door addressed to Mr. Shepherd which sought redress against him and Flody for the commissary restrictions imposed on spending during the Christimas week. After I asked Lilley this date where my commissary was while he was on the range passing out commissary he smiled and told me, "what commissary - you don't have any commissary." Leaving the range I heard Lilley, as did the entire Upper - B-Range holler downstairs to his staff and laughing tell them that, "Purkey wanted to know where his commissary is at. I told him, "what commissary - you don't have any commissary coming." Lilley's adolescense crew thought that was hilarious responding saying, "fuck him and his grievances." Later this date I addressed this issue with Lt. Miller when he was on the range, whereas I had addressed the issues of Lilley destorying the BP-8 stucking the law library door last Thursday, whereas he again showed blind acquiesce to Lilley's actions of retaliation. You are vividly aware that such flagrant retaliation as seen here strikes at the heart of my First Amendment Right to seek redress via administrative procedures for such abuses as described against me by >Lilley<. The denial of my commissary by Lilley needs to be immediately addressed in contrast with Lt. Miller's ostracism shown to such. Thank You!
cc: Rebecca Woodman/KCMO;Warden Watson

MR. Sutton

Purkey
Jan 1, 2020

On this date I advise CO. Bowers who picked up my Commissary slip last Sunday when I returned from leisure - Reeestred me that he placed it with the other Commissary slips and then such stack was taken to the lieutenent's office so why didn't I receive Commissary on Tuesday with the rest of the unit when it was delievered? attached is another Commissary perhaps Mr. Holy can get Lilley to kill it! thank you!

E-mailed to
Trust Fund
1-2-19

## U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

## REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: PurKey Wesley _____ 14679045 SCU USP/LTH
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A— INMATE REQUEST**  as the SCU unit team has clarified that the Warden, including A.W. Hunt and Trust Fund Maloy have all been contacted concerning Commissary - Lilley's Destruction of my grievance filed against him, as well as Denying me commissary - and have all condone such Retaliation by their utter indifference to such - See SP-EX (A)(BA-?)

2/2/19
DATE

_____
SIGNATURE OF REQUESTER

**Part B— RESPONSE**

SHerrod
1-16-2020

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: 1003386-FJ

CASE NUMBER: _____

**Part C— RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN    PRINTED ON RECYCLED PAPER    BP-229(13)
APRIL 1982

Remedy No.:  1003236-F1                                    FCC Terre Haute, IN

## PART B - RESPONSE


This is in response to your Administrative Remedy receipted January 16, 2020, in which you allege a staff member denied you Commissary and destroyed a BP-8 in retaliation. You made no specific request for relief.

A review of your request reveals there is no evidence to support your claim of retaliation or that staff destroyed a BP-8 which you had in your cell door. It was recently noted you refused your Commissary during the week only OTC's and stamps were being sold, and nothing was 'refused' to you as you claim.

Therefore, your Request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101.  Your appeal must be received within 20 calendar days of the date of this response.


_2-20-20_
Date

_T. J. Watson, Complex Warden_