U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Purker Wesley I.    14679-045    SCU    USP/TH**
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST** In Response to my claims of Retaliation as set forth through the attached BP-8 against C.O. Lilley/Commissary J. Williams provides her typical self serving Response spaciously claiming that I'm of count for not submitting a Commissary Request. At least Williams and Lt. Miller are both supporting Lilley in his Reprisals taken against me which is to be expected from Williams and Lt. Miller. Contrary to Ms. Williams I provided my Commissary form to C.O. Bowers when I Return from leisure on that date, 12/29/19 which he Reedily assured me

**1/9/20** _____ Continued next Page    Wesley J Purker
DATE                                          SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
USP Terre Haute

JAN 0 9 2020

Administrative
Remedy Clerk

_____        _____
DATE                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**        CASE NUMBER: 1005480-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____        ☮        _____
DATE                PRINTED ON RECYCLED PAPER        RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

**ATTACHMENT 18**

BP–229(13)
APRIL 1982

Wesley Purkey #14679-045                    BP-9 Continued
Retaliation                                 1/9/20

Was taken to the lieutenant's office with the
other SCU's Inmates commissary list and
left. In fact on this very date, Jan 9,
2020 at 3:15pm C.O. Bowers' again'
assured me that he took my Commissary
list with the other SCU Commissary list
to the Lieutenant's office that Sunday
Evening.
        Of course such Claims of Retalia-
tion by staff ever are found to be of
Substance as absolutely not a tentative
indestigation was taken here — against
Lilley William provide the Response that
was expected of her, nothing more, noth-
ing less. The evidence of Lilley's Reprisals
taken against me are glaring, which will
eventually be presented through a differ-
ent venue!

            —Thank You —

        End of Extra Page BP-9

Remedy No.:  1003480-F1

FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted January 9, 2020, in which you allege the BP-8 response you received from Trust Fund supports your claim of staff retaliation. You make no specific request for relief.

A review of your request reveals no evidence of staff retaliation has been found to support your claim. Commissary staff did not receive a shopping list for you on the date in question, and additionally, you have refused to sign for your order since then. You have provided no evidence to support that you have been subjected to any form of retaliation by Commissary staff.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101.  Your appeal must be received within 20 calendar days of the date of this response.

2-20-20
Date

T. J. Watson, Complex Warden

Attachment A

**FCC Terre Haute**
**BP-8 - Informal Resolution**

767

| NAME | NUMBER | UNIT |
|---|---|---|
| Purkey, Wesley | 14679-045 | SCU |

**Notice to Inmate:** Be advised, ordinarily, prior to filing a Request for Administrative Remedy, BP-229 (13), you should attempt to informally resolve your complaint through your Correctional Counselor. Please refer to P.S. 1330.18, Administrative Remedy Program and the FCC Terre Haute Institutional Supplement thereto (both available via the Law Library).    Dated: December 31st., 2019

1. Briefly state inmate's complaint (One complaint/issue per Form):

This seeks redress and remedy for the ongoing retaliation by Commissary Lilley after I sought redress against him through the administrative procedures. See Sp.Ex.(A)/attached. On this date Lilley denied me commissary ordered telling me when I asked him where my commissary was, "What commissary - you don't have any commissary." See Sp.Ex.(B). Leaving - the Range Lilley could be heard hollering down to his staff that, "Purkey wants to know where his commissary is at and I told him what commissary - you don't have any commissary." id. Lilley's crew thought that this was hilarious and responded saying, "fuck him and his agrievances." id. I addressed such retaliation with Lt. Miller later during his damn.rd. on the unit, as I

Continued Next Page

2. Requested Resolution: For my commissary order to be immediately provided to me, and to document the ongoing retalaition by Lilley and condoned by Lt. Miller and other security staff.

| Inmate Signature: | | |
|---|---|---|
| Staff Printed Name/Signature/Date | SA / SA | 12-31-19 |
| Dept. Assigned for Response: | SFS | Due Date: 1-7-20 |

3. Staff Response: After researching this issue, no evidence to support your claim of retalitory behavior from staff can be substantiated. No commissary list was turned in for the shopping date in question, therefore you will not receive a commissary order. You may submit a shopping request next week as usual.

Section 4: ☐ Informally Resolved/Complaint Withdrawn   ☐ No Informal Resolution/Progress to BP-9

_____        J. Williams        4/8/20
Inmate's signature        Staff Printed Name/Signature        Date

THX-1330.18D        Page 5

Wesley I. Purkey #14679-045
December 31st., 2019

BP – 8 Continued

had addressed Lilley destorying the BP-8 stuck in the law library door last Thursday. And as Lt. Miller did at that time, he repeated here showing acute indifference to such flagrant abuse by his staff.

End Of Extra Page BP – 8

BP – 8 Continued

SP. Ex(A) p. 1 of 2          12/26/19

Attachment A

## FCC Terre Haute
## BP-8 - Informal Resolution

#765

| NAME | NUMBER | UNIT |
|------|--------|------|
| Purkey, Wesley | 14679-045 | SCU |

**Notice to Inmate:** Be advised, ordinarily, prior to filing a Request for Administrative Remedy, BP-229 (13), you should attempt to informally resolve your complaint through your Correctional Counselor. Please refer to P.S. 1330.18, Administrative Remedy Program and the FCC Terre Haute Institutional Supplement thereto (both available via the Law Library).

1. Briefly state inmate's complaint (One complaint/issue per Form): This seeks redress for Commissary staff Lilley taking a BP.8 and its attachments from the SCU law library door which I had stuck in the side of for SCU staff to pick up and deliver to Case Manager Shepherd. At that same time Lilley brought commissary certified mail or SR

2. Requested Resolution: To document Lilley's destroying my legal materials, i.e. Grievance filed against him.

| Inmate Signature: | | |
|-------------------|---|---|
| Staff Printed Name/Signature/Date: | Sutton [signature] | 12/26/19 |
| Dept. Assigned for Response: | Trystyd /SIS | Due Date: 1/2/19 |

3. Staff Response:

Section 4: ☐ Informally Resolved/Complaint Withdrawn   ☐ No Informal Resolution/Progress to BP-9

_____        _____        _____
Inmate's signature        Staff Printed Name/Signature        Date

THX-1330.18D                                                    Page 5



Sp. EX ( ) p. 2 of 2

BP-8 Continued    Wesley T. Tucker #67P045

items for my signature of receipt. I refused to sign for such items — Lilley stood at the law library door and took the envelope with the BP-8 out of the door with him. I addressed Lilley taking such admin-RR out of the law library door with Lt. Miller who advised me that, "any staff member can take your grievances, as long as they get to the chair team at some point." Lt. Miller then reiterated that he would contact Lilley to find out where the BP-8 was at. Later Case Manager Shepherd clarified that "not much that we can do about Lilley taking your BP-8's we'll just have to wait and see what happens." He found the incident to be humorous.    End of BP-8

Sp. ЄⵏCBⵏⵏⵏⵏ P-8

**TRULINCS 14679045 - PURKEY, WESLEY IRA - Unit: THP-X-A**

-------------------------------------------------------------------------------------

FROM: 14679045
TO: Legal
SUBJECT: ***Request to Staff*** PURKEY, WESLEY, Reg# 14679045, THP-X-A
DATE: 12/31/2019 08:20:06 AM

To: K. Siereveld
Inmate Work Assignment: ua

On this date Comissary / Lilley denied me commissary in retaliation with a grievance I filed against him last Thursday for him destroying a grievance that I had stuck in the law library door addressed to Mr. Shepherd which sought redress against him and Flody for the commissary restrictions imposed on spending during the Christmas week. After I asked Lilley this date where my commissary was while he was on the range passing out commissary he smiled and told me, "what commissary - you don't have any commissary." Leaving the range I heard Lilley, as did the entire Upper - B-Range holler downstairs to his staff and laughing tell them that, "Purkey wanted to know where his commissary is at. I told him, "what commissary - you don't have any commissary coming." Lilley's adolescense crew thought that was hilarious responding saying, "fuck him and his grievances." Later this date I addressed this issue with Lt. Miller when he was on the range, whereas I had addressed the issues of Lilley destorying the BP-8 stucking the law library door last Thursday, whereas he again showed blind acquiesce to Lilley's actions of retaliation. You are vividly aware that such flagrant retaliation as seen here strikes at the heart of my First Amendment Right to seek redress via administrative procedures for such abuses as described against me by >Lilley<. The denial of my commissary by Lilley needs to be immediately addressed in contrast with Lt. Miller's ostracism shown to such. Thank You!
cc: Rebecca Woodman/KCMO;Warden Watson

