UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                        )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )      No. 2:19-cv-00541-JMS-DLP
                                         )
J.T. WATSON, et al.                      )
                                         )
            Defendants.                  )

To:    John R. Maley
       BARNES & THORNBURG, LLP (Indianapolis)
       11 South Meridian street
       Indianapolis, IN 46204

**ORDER OF RECRUITMENT OF COUNSEL PURSUANT TO LOCAL RULE 87**

Mr. John R. Maley is appointed to represent the plaintiff in the above action pursuant to

Local Rule 87. This representation shall continue until final judgment is entered unless otherwise

modified by written order.

This Entry serves as recruited counsel's appearance under Local Rule 83-7(a) on behalf of

the plaintiff effective seven days from the date this order is docketed, unless relief from the

appointment is granted. The seven days is tolled while any motion to withdraw is pending. Counsel

should not file a separate Notice of Appearance.[1]

This Order is made pursuant to Local Rule 87 and the General Order regarding requests

for prepayment or reimbursement of expenses for counsel appearing pursuant to Local Rule 87.

Additional    information    on    resources    available    to    recruited    counsel    is    available    at

---

[1] Similarly, any attorneys who want to assist recruited counsel in this action may not file a Notice of Appearance and instead MUST file a Motion to Appoint Additional Recruited Counsel along with a proposed order. Both of which can be found on the court's website http://www.insd.uscourts.gov/pro-bono-opportunities.

http://www.insd.uscourts.gov/pro-bono-opportunities. If recruited counsel seeks the Court's

assistance in obtaining professional liability insurance for this representation, they should contact

the Court as soon possible at recruitedcounsel@insd.uscourts.gov.

    **IT IS SO ORDERED.**

Date: 3/18/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

WESLEY I. PURKEY
14679-045
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Gina M. Shields
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
Gina.Shields@usdoj.gov

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com