UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:19-cv-541-JMS-DLP |
| | ) | |
| UNDERWOOD, *et al.*, | ) | |
| | ) | |
| Defendants. | | |

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO MOTION TO DISMISS OR ALTERNATIVE SUMMARY JUDGMENT MOTION

Pursuant to Local Rule 6-1(a), Plaintiff Wesley I. Purkey, by Court-appointed counsel, respectfully moves for an unopposed 45-day extension to respond to Defendants' Motion for Summary Judgment [ECF 24]. In support of this Motion, Plaintiff states as follows:

1.      A defense motion to dismiss or alternative motion for summary judgment was filed February 28, 2020. [ECF 24] Plaintiff's response to Defendants' Motion for Summary Judgment is currently due March 30, 2020.

2.      The undersigned was recently appointed as Recruited Counsel to represent Plaintiff in this claim. [ECF 27, March 18, 2020]

3.      The requested extension is supported by good cause, including extraordinary circumstances justifying waiver of the three-day advance motion rule, in that: (a) the undersigned was only recently appointed; (b) the motion and related filings are lengthy, including 19 exhibits and a 34-page brief; (c) an in-person consultation with Mr. Purkey at the Special Housing Unit at the U.S. Penitentiary is necessary for factual work with Mr. Purkey to prepare the response to the pending motion; and (d) the current pandemic crisis and related state and local orders, along with CDC

guidance, counsel against travel and a visit to the federal penitentiary in the near future.[1]  A 45-day extension, longer than typical, is requested given that it is anticipated that the state and local orders will likely extend through April, particularly given federal guidance over the weekend.

4.      Defense counsel consents to this extension.

Accordingly, Plaintiff respectfully requests that this Court grant an extension of time to respond to Defendants' Motion to Dismiss/Alternative Summary Judgment motion to and including May 15, 2020.

Respectfully submitted,

_s/ John R. Maley_

John R. Maley
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:    317-236-1313
Facsimile:    317-231-7433
Email:        jmaley@btlaw.com

---

[1] The undersigned apologizes to the Court for not having this motion prepared and filed in the 3-day advance period of Local Rule 6-1(a)(5), which delay was attributable to extensive and multiple emergency guidance sessions with multiple clients seeking to comply with state and local pandemic orders as well as new federal laws addressing employment, benefits, and related issues for same.