UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                )
                                 )
              Plaintiff,         )
                                 )
       vs.                       )   Case No. 2:19-cv-541-JMS-DLP
                                 )
UNDERWOOD, *et al.*,             )
                                 )
              Defendants.        )

**ORDER**

Plaintiff Wesley I. Purkey, by Court-appointed counsel, having filed Plaintiff's Unopposed Motion for Extension to Respond to Motion to Dismiss/Alternative Motion for Summary Judgment, and the Court having considered the motion, dkt. [28], now GRANTS the extension.

IT IS THEREFORE ORDERED that the Plaintiff is granted an extension of time through May 15, 2020, for Plaintiff's response to Defendants' Motion to Dismiss/Alternative Motion for Summary Judgment [ECF 24].

So Ordered.

Date: 4/1/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF

Wesley I. Purkey
#14679-045
Terre Haute - USP
P.O. Box 33
Terre Haute, IN 47808