UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                          )
                                           )
                Plaintiff,                 )
                                           )
        vs.                                )   Case No. 2:19-cv-541-JMS-DLP
                                           )
WATSON, *et al.*,                          )
                                           )
                Defendants.                )

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION
TO RESPOND TO MOTION TO DISMISS
OR ALTERNATIVE SUMMARY JUDGMENT MOTION**

Pursuant to Local Rule 6-1(a), Plaintiff Wesley I. Purkey, by Court-appointed counsel, respectfully moves for an unopposed 45-day extension to respond to Defendants' Motion to Dismiss or Alternative Motion for Summary Judgment [ECF 24]. In support of this Motion, Plaintiff states as follows:

1.      A defense motion to dismiss or alternative motion for summary judgment was filed February 28, 2020. [ECF 24] Plaintiff's response to Defendants' Motion for Summary Judgment is currently due May 15, 2020.

2.      The undersigned was recently appointed as Recruited Counsel to represent Plaintiff in this claim. [ECF 27, March 18, 2020] The undersigned was also recently appointed as Recruited Counsel on April 15, 2020, to represent Plaintiff in another separate lawsuit, *Purkey v. Barr*, No. 2:19-cv-00517-JMS-DLP.

3. The requested extension is supported by good cause, including that: (a) the motion and related filings are lengthy, including 19 exhibits and a 34-page brief; (b) responding to the summary judgment aspect of the motion requires the undersigned to have an understanding of Plaintiff's view

of the facts and possibly counter-evidence;  and (c) the current pandemic crisis and related state and local orders, along with CDC guidance, counsel against travel and a visit to the federal penitentiary in the near future, so communications are limited to mail and phone.    An additonal 45-day extension, longer than typical, is requested given the above, as well as that the undersigned recently accepted appointment in a third case for Mr. Purkey, which likewise has a pending lengthy motion to dismiss.

4.        Defense counsel consents to this extension.

Accordingly, Plaintiff respectfully requests that this Court grant an extension of time to respond to Defendants' Motion to Dismiss/Alternative Summary Judgment motion to and including June 29, 2020.

Respectfully submitted,

_s/ John R. Maley_

John R. Maley
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:    317-236-1313
Facsimile:    317-231-7433
Email:        jmaley@btlaw.com