UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                      )
                                       )
            Plaintiff,                 )
                                       )
      vs.                              )   Case No. 2:19-cv-541-JMS-DLP
                                       )
WATSON, *et al.*,                      )
                                       )
            Defendants.                )

## ORDER

Plaintiff Wesley I. Purkey, by Court-appointed counsel, having filed Plaintiff's Unopposed Motion for Extension to Respond to Motion to Dismiss/Alternative Motion for Summary Judgment M, and the Court having considered the motion now GRANTS the extension.

IT IS THEREFORE ORDERED that the Plaintiff is granted an extension of time through June 29, 2020, for Plaintiff's response to Defendants' Motion to Dismiss/Alternative Motion for Summary Judgment [ECF 24].

IT IS ORDERED THIS _____ DAY OF _____, 2020.

_____
JUDGE, U.S. District Court