UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                              )
                                               )
                Plaintiff,                     )
                                               )
        vs.                                    )   Case No. 2:19-cv-541-JMS-DLP
                                               )
WATSON, *et al.*,                              )
                                               )
                Defendants.                    )

## **ORDER**

Plaintiff Wesley I. Purkey, by Court-appointed counsel, having filed Plaintiff's Unopposed Motion for Extension to Respond to Motion to Dismiss/Alternative Motion for Summary Judgment and the Court having considered the motion now GRANTS the extension, dkt. [30].

IT IS THEREFORE ORDERED that the Plaintiff is granted an extension of time through June 29, 2020, for Plaintiff's response to Defendants' Motion to Dismiss/Alternative Motion for Summary Judgment [ECF 24].

So Ordered.

Date: 5/15/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF

Wesley I. Purkey
#14679-045
Terre Haute USP
P.O. Box 33
Terre Haute, IN 478008