UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:19-cv-00541-JMS-DLP |
| | ) | |
| J.T. WATSON, *Complex Warden*, | ) | |
| TAYLOR, *Captain*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE REPLY BRIEF**

Defendants, Complex Warden Thomas J. Watson and Captain Timothy Taylor, in their

individual capacities, by counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and

S.D. Ind. L.R. 6-1(a), respectfully request a 14-day enlargement of time—to and including July

27, 2020—to file a reply brief in support of their Motion to Dismiss for Failure to State a Claim

or, in the Alternative, for Summary Judgment on Failure to Exhaust Defense [*see* Filing Nos. 24-

25]. In support of this motion, Defendants state the following:

1.      On February 28, 2020, Defendants filed a Motion to Dismiss for Failure to State a

Claim or, in the Alternative, for Summary Judgment on Failure to Exhaust Defense. [Filing

No. 24.] After receiving two extensions of time totaling 90 days [*see* Filing Nos. 28-31],

Plaintiff Wesley I. Purkey responded in opposition to Defendants' motion on June 29, 2020.

[Filing No. 32]. Accordingly, pursuant to S.D. Ind. Local Rule 56-1(c), Defendants' reply brief

is currently due on July 13, 2020, a deadline that has not yet passed.

2.      Since receiving Purkey's response brief on the evening of June 29th, undersigned

counsel has been preparing for a trial currently set on August 17, 2020, in *Allmon v. Parker*,

Cause No. 1:17-cv-01906-TWP-DML, including finalizing the first set of pretrial filings due on July 7th and attending to other trial-related matters.   Undersigned counsel has also been drafting documents related to the settlement conference set in one of Purkey's other cases in this district, *Purkey v. Underwood*, Cause No. 2:19-cv-00355-JMS-DLP, which are due on July 7th as well. Additionally, undersigned counsel was out of the office for the federal holiday on July 3rd.   As such, undersigned counsel needs additional time to prepare a reply brief in support of Defendants' pending motion and respectfully requests a 14-day extension of time—to and including July 27, 2020—to file that reply.

3.      No case management plan or other case deadlines have yet been established in this case, nor are any hearings scheduled; thus, Defendants' extension does not interfere with any deadlines or hearings.

4.      John Maley, appointed counsel for Plaintiff, was contacted regarding this enlargement of time and has no objection to it.

5.      In accordance with S.D. Ind. Local Rule 6-1(a)(5), this motion is filed at least three business days before the current deadline.

6.      This motion is made in good faith and is not interposed for delay.

WHEREFORE, Defendants, Complex Warden Thomas J. Watson and Captain Timothy Taylor, in their individual capacities, respectfully request a 14-day enlargement of time—to and including July 27, 2020—to file a reply brief in support of their Motion to Dismiss for Failure to

State a Claim or, in the Alternative, for Summary Judgment on Failure to Exhaust Defense

[Filing No. 24].

Respectfully submitted,

JOSH J. MINKLER
United States Attorney


By:     *s/ Gina M. Shields*
        Gina M. Shields
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, a copy of the foregoing *Defendants' Unopposed Motion for Extension of Time to File Reply Brief* was filed electronically.    Service of this filing will be made on the following ECF-registered counsel by operation of the Court's electronic filing system:

John R. Maley
BARNES & THORNBURG, LLP
jmaley@btlaw.com

*s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204