UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                          )
                                           )
        Plaintiff,                         )
                                           )
            v.                             )     Cause No. 2:19-cv-00541-JMS-DLP
                                           )
J.T. WATSON, *Complex Warden*,             )
TAYLOR, *Captain*,                         )
                                           )
        Defendants.                        )

## ORDER

This matter is before the Court on Defendants' Unopposed Motion for Extension of Time

to File Reply Brief.  The Court, having reviewed the motion and being duly advised in the

premises, now **GRANTS** it.

**IT IS THEREFORE ORDERED** that Defendants, Complex Warden Thomas J. Watson

and Captain Timothy Taylor, in their individual capacities, are afforded to and including July 27,

2020, to file a reply brief in support of their Motion to Dismiss for Failure to State a Claim or, in

the Alternative, for Summary Judgment on Failure to Exhaust Defense [Filing No. 24].

**SO ORDERED** this _____ day of _____, 2020.

_____
JUDGE, United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system