UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                    )
                                     )
        Plaintiff,                   )
                                     )
            v.                       )      Cause No. 2:19-cv-00541-JMS-DLP
                                     )
J.T. WATSON, *Complex Warden*,       )
TAYLOR, *Captain*,                   )
                                     )
        Defendants.                  )

## ORDER

This matter is before the Court on Defendants' Unopposed Motion for Extension of Time to File Reply Brief. The Court, having reviewed the motion, dkt. [33], and being duly advised in the premises, now **GRANTS** it.

**IT IS THEREFORE ORDERED** that Defendants, Complex Warden Thomas J. Watson and Captain Timothy Taylor, in their individual capacities, are afforded to and including July 27, 2020, to file a reply brief in support of their Motion to Dismiss for Failure to State a Claim or, in the Alternative, for Summary Judgment on Failure to Exhaust Defense [Filing No. 24].

**SO ORDERED** .

Date: 7/14/2020

_____
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system

Wesley I. Purkey
#14679-045
Terre Haute USP
P.O. Box 33
Terre Haute, IN 47808