THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
921 OHIO STREET
ROOM 104
TERRE HAUTE, IN  47807

OFFICIAL BUSINESS

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER



INDIANAPOLIS
IN 460
15 JUL 20
PM 2 L



$0.50 0
US POSTAGE
FIRST-CLASS
062S0009595006
47807

RECEIVED

JUL 2 2 2020

U.S. CLERK'S OFFICE

( 2:19-cv- 541 )
WESLEY I. PURKEY
FEDERAL CORRECTIONAL COMPLEX
TERRE HAUTE, INDIANA

## RETURN TO SENDER

NOT AT THIS INSTITUTION ___X___

NEED CORRECT NAME AND NUMBER _____

INMATE LOCATIONS CAN
WEBSITE (BOW)