UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00541-JMS-DLP |
| | ) | |
| J.T. WATSON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DIRECTING FURTHER PROCEEDINGS**

The Court takes notice of the matters pending on the docket and now issues the following

orders:

(1) This matter is set for a telephonic status conference at **9:30 A.M.** (Eastern) on **August 21, 2020**. The Court will issue instructions for joining the conference in a separate Order.

(2) Recruited counsel for the plaintiff shall have **through August 17, 2020**, to file notice stating what he believes should be the next steps forward in this action.

(3) All other pretrial deadlines are **stayed** until further notice.

**IT IS SO ORDERED.**

Date: 7/27/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Gina M. Shields
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
Gina.Shields@usdoj.gov