UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:19-cv-00541-JMS-DLP |
| | ) | |
| J.T. WATSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### COURT-APPOINTED COUNSEL'S NOTICE REGARDING
### NEXT STEPS IN PENDING ACTION

As required by the Court's Order Directing Further Proceedings dated July 27, 2020 [ECF36], the undersigned Court-appointed counsel notifies the Court what he believes should be the next steps forward in this action.   In light of the execution of Mr. Purkey on July 16, 2020, and the procedural status of this case otherwise, the undersigned respectfully submits that the action should not proceed further.

Respectfully submitted,

*/s/   John R. Maley*
John R. Maley
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone:     (317) 236-1313
Facsimile:      (317) 231-7433
Email:           jmaley@btlaw.com

*Counsel for Plaintiff*