UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00541-JMS-DLP |
| | ) | |
| J.T. WATSON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING ACTION AND DIRECTING ENTRY OF FINAL JUDGMENT**

Counsel for Plaintiff Wesley Purkey has notified the Court that this action should not proceed further following Mr. Purkey's death. Dkt. [37]. The Court **accepts** this notice as request to dismiss the action pursuant to Federal Rule of Civil Procedure 41(a)(2). This action is **dismissed with prejudice**.

The defendants' motion to dismiss and for summary judgment, dkt. [24], is **denied as moot**. The telephonic status conference scheduled for August 21, 2020, is **vacated** as to this action.

The **clerk is directed** to enter **final judgment**.

**IT IS SO ORDERED.**

Date: 8/19/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Gina M. Shields
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
Gina.Shields@usdoj.gov