UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00541-JMS-DLP |
| | ) | |
| J.T. WATSON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

The Court has ordered that this action be **dismissed with prejudice**. The Court now enters

**FINAL JUDGMENT**.

Date: 8/19/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court
By: _____
Deputy Clerk

Distribution:

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Gina M. Shields
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
Gina.Shields@usdoj.gov